IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK**,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,**<br><br>Defendants. | Civil Action No. 17-cv-1061 |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Federal Rules of Civil Procedure 1 and 6(b)(1)(A), Defendants U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, and U.S. Department of State (collectively "Defendants") hereby respectfully file this motion for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiffs' Complaint, through and including September 13, 2017. Good cause exists to grant this motion. The undersigned counsel has consulted with Plaintiffs, through counsel, who consent to the enlargement of time. This is Defendants' first request for an extension of time to respond to the Complaint.

Plaintiffs bring this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, requesting the release of documents from Defendants regarding, *inter alia*, "agency policies, communications, and statistics related to visa processing . . . adjudication of entry document applications; and . . . screening and searching of individuals arriving at U.S. ports of entry." Compl. at 2-3.

Defendants request the additional time to answer or otherwise respond to the Complaint because the parties wish to discuss possibly narrowing Plaintiffs' FOIA request, in order to enable Defendants to process the request within a reasonable time. The parties require sufficient time for those negotiations to occur. In addition, Defendants require the additional time to properly prepare an answer or otherwise respond to Plaintiffs' Complaint.

Based on the above, Defendants respectfully request a thirty (30) day enlargement to file its answer or otherwise respond. A proposed order is included with this motion.

Respectfully submitted,                                                                 Dated: August 8, 2017


CHAD A. READLER
Acting Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2017, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

>*/s/ Michael L. Drezner*
>Michael L. Drezner