IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,**<br><br>Defendants. | Civil Action No. 17-cv-1061 |

## [PROPOSED] ORDER

Upon consideration of the Defendants' Motion for Enlargement of Time, it is hereby:

**ORDERED** that Defendants' motion is **GRANTED**, and it is further

**ORDERED** that Defendants will answer or otherwise respond to Plaintiffs' Complaint no later than **September 13, 2017**

    **SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE