IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 17-cv-1061 |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Federal Rules of Civil Procedure 1 and 6(b)(1)(A), Defendants U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, and U.S. Department of State (collectively "Defendants") hereby respectfully file this motion for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiffs' Complaint, through and including October 13, 2017. Good cause exists to grant this motion. The undersigned counsel has consulted with Plaintiffs, through counsel, who consent to the enlargement of time. This is Defendants' second request for an extension of time to respond to the Complaint.

Plaintiffs bring this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, requesting the release of documents from Defendants regarding, *inter alia*, "agency policies, communications, and statistics related to visa processing . . . adjudication of entry document applications; and . . . screening and searching of individuals arriving at U.S. ports of entry." Compl. at 2-3.

On August 8, 2017 Defendants submitted a consent motion for an enlargement of time in which to respond to Plaintiffs' Complaint, so that the parties could discuss possibly narrowing Plaintiffs' FOIA request, in order to enable Defendants to process the request within a reasonable time. On August 10, 2017 the Court granted Defendants' consent motion, ordering that any response be filed on or before September 13, 2017.

Since the Court's order the parties have engaged in discussions concerning Plaintiffs' FOIA request. However, those discussions remain ongoing and the parties require additional time for those negotiations to occur. In addition, Defendants require the additional time to properly prepare an answer or otherwise respond to Plaintiffs' Complaint.

Based on the above, Defendants respectfully request a thirty (30) day enlargement to file its answer or otherwise respond. A proposed order is included with this motion.

Respectfully submitted, Dated: September 8, 2017

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Michael L. Drezner*
Michael L. Drezner
