IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 3:17-cv-1061-AVC |

**ORDER**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Karen C. Tumlin, this Court hereby **ORDERS** that the motion be **GRANTED**.

Entered this _____ day of _____, 2017.

_____
Alfred V. Covello
Senior United States District Court Judge

1