IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK**,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,**<br><br>Defendants. | Civil Action No. 17-cv-1061 |

**MOTION FOR ENLARGEMENT OF TIME AND ENTRY OF BRIEFING SCHEDULE**

Pursuant to Federal Rules of Civil Procedure 1 and 6(b)(1)(A), Defendants U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, and U.S. Department of State (collectively, "Defendants") hereby respectfully file this motion for an enlargement of time of thirty-five (35) days in which to answer or otherwise respond to Plaintiffs' Complaint, through and including November 17, 2017. Good cause exists to grant this motion. This is Defendants' third request for an extension of time to respond to the Complaint.

Plaintiffs bring this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, requesting the release of documents from Defendants regarding, *inter alia*, "agency policies, communications, and statistics related to visa processing . . . adjudication of entry document applications; and . . . screening and searching of individuals arriving at U.S. ports of entry." Compl. at 2-3.

On August 8, 2017, Defendants submitted a consent motion for an enlargement of time in which to respond to Plaintiffs' Complaint, so that the parties could discuss possibly narrowing

Plaintiffs' FOIA request, in order to enable Defendants to process the request within a reasonable time. On August 10, 2017, the Court granted Defendants' consent motion, ordering that any response be filed on or before September 13, 2017. On September 8, 2017, Defendants submitted a second consent motion for an extension of time, and the Court granted the motion on September 12, 2017, ordering that any response be filed on or before October 13, 2017.

Since the Court's order the parties have been unable to reach an agreement concerning narrowing of Plaintiffs' FOIA requests. As a consequence, Defendants intend to move to dismiss the Complaint and respectfully request an extension until November 17, 2017 to submit their motion. Defendants require this additional time to properly prepare such a motion. Defendants further propose a briefing schedule whereby Plaintiffs' response would be due on or before December 15, 2017, and Defendants' reply would be due on or before January 12, 2018.

Undersigned counsel has consulted with Plaintiffs, through counsel, who do not consent to the above schedule. Instead, Plaintiffs propose that Defendants file their motion by November 3, 2017, with Plaintiffs' Response due on or before December 1, 2017, and Defendants' reply date remaining at January 12, 2017. Plaintiffs stated that "in light of the relevance and importance of these documents to ongoing public debate, as well as considerations of the academic calendar for plaintiffs' counsel, plaintiffs requested an expedited briefing schedule and were unwilling to consent to the government's request." However, undersigned counsel notes that there are now nine (9) attorneys who have entered their appearances on behalf of Plaintiffs, most of whom are unaffiliated with the Yale Law School clinic. Undersigned counsel is the sole line attorney assigned to the case for the Department of Justice, and is responsible for other cases which will likely require active briefing in the next several weeks. As such, the Government respectfully requests that the Court enter the Government's proposed briefing schedule.

- 3 -

      A proposed order is included with this motion.

Respectfully submitted,                                                  Dated: October 10, 2017

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2017, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Michael L. Drezner*
Michael L. Drezner