IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 3:17-cv-1061-AVC |

**JOINT MOTION FOR STAY OF BRIEFING SCHEDULE**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the parties jointly move this Court to stay the previously-ordered briefing schedule, for a period of 90 days, so that they may conduct further negotiations regarding the scope of the request.

On October 11, 2017, this Court granted in part and denied in part Defendants' motion for extension of time, ordering Defendants to respond to Plaintiffs' complaint by November 17, 2017 and for the response and reply to be filed in accordance with the federal and local rules of civil procedure. ECF 24. On November 1, 2017, Plaintiffs, through counsel, contacted Defendants and presented a proposal for narrowing the scope of their FOIA request for the purpose of continuing negotiations. In light of this proposal, the parties require additional time to conduct negotiations.

The parties respectfully request that the Court stay the briefing schedule for 90 days, and require the parties to file a joint status report every 30 days, beginning on December 3, 2017 and

continuing for the duration of the stay, in which they will update this court as to the progress of negotiations.

Dated: November 9, 2017

Respectfully submitted,

/s/ Muneer I. Ahmad
Joseph Meyers, Law Student Intern*
Alex Wang, Law Student Intern*
Muneer I. Ahmad, Esq.
Jerome N. Frank Legal Services Organization
P.O. Box 902020
New Haven, CT 06520
(203) 432-4800

Mariko Hirose, *Pro hac vice*
Stephen Poellot, *Pro hac vice*
International Refugee Assistance Project at the Urban Justice Center
40 Rector Street, 9th Floor
New York, NY 10006
646-459-3044
Fax: 212-533-4598
Email: mhirose@refugeerights.org

Karen C. Tumlin, *Pro hac vice*
Melissa Keaney, *Pro hac vice*
Nicholas Espiritu, *Pro hac vice*
Esther Sung, *Pro hac vice*
National Immigration Law Center - CA
3435 Wilshire Blvd. Suite 1600
Los Angeles, CA 90010
213-639-3900
Fax: 213-639-3911
Email: tumlin@nilc.org

Justin B. Cox, *Pro hac vice*
National Immigration Law Center

PO Box 170208
Atlanta, GA 3031
678-279-5441
Fax: 213-639-3911
Email: cox@nilc.org

*Counsel for Plaintiffs*


\* Motion for law student appearance forthcoming.


CHAD A. READLER
Acting Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 9, 2017, a copy of the forgoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: November 9, 2017

                                        Respectfully submitted,

                                          /s/ Muneer I. Ahmad
                                        Muneer I. Ahmad
                                        Jerome N. Frank Legal Services Organization
                                        P.O. Box 209090
                                        New Haven, CT 06520
                                        P: (203) 432-4800
                                        F: (203) 432-1426