IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 3:17-cv-1061-AVC |

## JOINT STATUS REPORT

On November 13, 2017, this Court granted in part and denied in part Plaintiffs' and Defendants' joint motion to stay the briefing schedule, staying the briefing schedule until December 28, 2017. ECF 26. Pursuant to their joint motion, ECF 25, the parties hereby submit this joint status report.

The parties remain in active settlement negotiations. Since this Court's November 13 order, the parties have met and conferred regularly, and have made significant progress toward a mutually-agreeable search and production process and timeline. On November 17, 2017, the parties conferred telephonically to discuss questions related to Plaintiffs' proposed narrowing of their FOIA request. Following the phone conference, the parties corresponded via e-mail in an effort to clarify the interpretation and to refine the scope of several subsections of the request, as well as proposed means of narrowing Plaintiffs' request. On November 29, 2017, parties again conferred telephonically.

1

Based on their November 29 conference, the parties believe that they may be able to settle upon a mutually-agreeable search and production process and timeline prior to the December 28 expiration of the current stay. The parties may seek an additional stay from this Court for the purpose of resolving the matter.

Dated: December 1, 2017

Respectfully submitted,

/s/ Muneer I. Ahmad
Joseph Meyers, Law Student Intern*
Alex Wang, Law Student Intern*
Muneer I. Ahmad, Esq.
Jerome N. Frank Legal Services Organization
P.O. Box 902020
New Haven, CT 06520
(203) 432-4800

Mariko Hirose, *Pro hac vice*
Stephen Poellot, *Pro hac vice*
Linda Evarts**
International Refugee Assistance Project at the Urban Justice Center
40 Rector Street, 9th Floor
New York, NY 10006
646-459-3057
Fax: 212-533-4598
Email: levarts@refugeerights.org

Karen C. Tumlin, *Pro hac vice*
Nicholas Espiritu, *Pro hac vice*
Esther Sung, *Pro hac vice*
Josh Stehlik**
National Immigration Law Center
3435 Wilshire Blvd. Suite 1600
Los Angeles, CA 90010
213-639-3900
Fax: 213-639-3911
Email: tumlin@nilc.org

Justin B. Cox, *Pro hac vice*
National Immigration Law Center
PO Box 170208
Atlanta, GA 3031
678-279-5441
Fax: 213-639-3911
Email: cox@nilc.org

*Counsel for Plaintiffs*


\* Motion for law student appearance forthcoming.
\*\* Application for admission *pro hac vice* forthcoming.

CHAD A. READLER
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 1, 2017, a copy of the forgoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: December 1, 2017

                                                    Respectfully submitted,

                                                      /s/ Muneer I. Ahmad
                                                  Muneer I. Ahmad
                                                  Jerome N. Frank Legal Services Organization
                                                  P.O. Box 209090
                                                  New Haven, CT 06520
                                                  P: (203) 432-4800
                                                  F: (203) 432-1426