# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 3:17-cv-1061-AVC |

## JOINT STATUS REPORT

The parties hereby submit this joint status report, updating the Court as to the status of the instant case. The parties state as follows:

1. The parties' discussions over Plaintiffs' revised FOIA request have been fruitful. Most major issues concerning the scope of the request have been resolved, and while the parties are still discussing certain issues, such as an appropriate list of custodians to search, they believe that they are close to reaching an agreement.

2. Accordingly, Defendants no longer intend to file a motion to dismiss at this point. Instead, Defendants have filed an Answer contemporaneous with the instant report.

3. The parties have agreed that, to ensure the progress of the case, they will meet and confer concerning a production schedule. The parties respectfully request that they submit to the Court a mutually-agreeable production schedule on or before January 26, 2018. If

the parties are unable to reach agreement as to a schedule, they would so inform the court on or before January 26, 2018.

Dated: December 28, 2017

Respectfully submitted,

/s/ Muneer I. Ahmad
Joseph Meyers, Law Student Intern*
Alex Wang, Law Student Intern*
Muneer I. Ahmad, Esq.
Jerome N. Frank Legal Services Organization
P.O. Box 902020
New Haven, CT 06520
(203) 432-4800

Mariko Hirose, *Pro hac vice*
Stephen Poellot, *Pro hac vice*
Linda Evarts**
International Refugee Assistance Project at the Urban Justice Center
40 Rector Street, 9th Floor
New York, NY 10006
646-459-3057
Fax: 212-533-4598
Email: levarts@refugeerights.org

Karen C. Tumlin, *Pro hac vice*
Nicholas Espiritu, *Pro hac vice*
Esther Sung, *Pro hac vice*
Josh Stehlik**
National Immigration Law Center
3435 Wilshire Blvd. Suite 1600
Los Angeles, CA 90010
213-639-3900
Fax: 213-639-3911
Email: tumlin@nilc.org

Justin B. Cox, *Pro hac vice*
National Immigration Law Center
PO Box 170208
Atlanta, GA 3031

678-279-5441
Fax: 213-639-3911
Email: cox@nilc.org

*Counsel for Plaintiffs*

\* Motion for law student appearance forthcoming.
\*\* Application for admission *pro hac vice* forthcoming.


CHAD A. READLER
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that, on December 28, 2017, a copy of the forgoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: December 28, 2017

                 Respectfully submitted,

                  */s/ Michael L. Drezner*
                  MICHAEL L. DREZNER
                  Trial Attorney, U.S. Department of Justice
                  Civil Division, Federal Programs Branch
                  20 Massachusetts Avenue, NW
                  Washington, DC 20530
                  Telephone: (202) 514-4505
                  Facsimile: (202) 616-8470