# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 3:17-cv-1061-AVC |

## JOINT STATUS REPORT

On December 28, 2017, Defendants filed their Answer in the above-captioned Freedom of Information Act ("FOIA") case. That same day the parties also filed a joint status report in which they proposed submitting a production schedule on or before January 26, 2018. Pursuant to that joint status report, the parties hereby submit this further joint status report, proposing a production schedule as follows:

1. Defendant United States Citizenship and Immigration Services ("USCIS") has completed its searches for potentially responsive records in response to Plaintiffs' FOIA request. USCIS will make its first production of those non-exempt, responsive records which have been fully processed on or before February 23, 2018. USCIS will make further productions on a rolling basis every six weeks, until production is completed, which is anticipated to be in June 2018. If USCIS's estimated completion date changes it will so inform Plaintiffs.

2. The parties have agreed that the production schedule with regard to Defendants U.S. Customs and Border Protection ("CBP") and the Department of State ("DOS") will be bifurcated. First, CBP and DOS will review and process those parts of Plaintiffs' request which do not require the formulation of electronic search terms. Specifically, for both CBP and DOS, this processing pertains to Plaintiffs' request seeking "[d]ata created, modified, set, received, and/or collected . . . sufficient to show" certain "numbers." In addition, for DOS, this search and review process also pertains to Plaintiffs' request for the "key for all refusal codes for visa-application determinations" and emails sent to and from "countries-of-concern-inquiries@state.gov," as purportedly referenced in a certain DOS cable.

3. CBP and DOS will make their first production of those non-exempt, responsive records which have been fully processed, specifically with regard to the above parts of Plaintiffs' request, on or before March 23, 2018. CBP and DOS will make further productions on a rolling basis every eight weeks, until production for the above-referenced parts of Plaintiffs' request is completed.

4. As to the second component of the CBP and DOS production, for the remaining aspects of Plaintiffs' requests to CBP and DOS, the parties have agreed upon a revised list of custodians to be searched. That list of custodians now includes, among others, the senior-most official at 24 ports of entry and 32 visa processing locations, for the CBP and DOS requests, respectively. Accordingly, the parties agree that CBP and DOS may need to develop electronic search terms in order to search these and other custodians in order to locate documents potentially responsive to Plaintiffs' FOIA request.

5. The parties will endeavor to collaborate concerning the development of such electronic search terms. CBP and DOS will provide an initial proposed list of electronic search

terms within a reasonable time to facilitate discussions between the parties. The parties anticipate that they will conclude discussions concerning search terms on or before February 23, 2018.

6. Thereafter, regardless of whether the parties reach an agreement as to search terms and/or other methods, CBP and DOS will perform searches based on the terms and/or other methods they determine to be reasonable, concerning the parts of Plaintiffs' request not referenced above in ¶ 2. CBP and DOS anticipate that their initial searches on those subjects will conclude on or before April 20, 2018. Upon conclusion of their initial searches, CBP and DOS will provide Plaintiffs with an anticipated timeline to complete production.

7. CBP and DOS will then make their first production of those non-exempt, responsive records which have been fully processed, specifically with regard to those parts of Plaintiffs' request not referenced above in ¶ 2, on or before June 15, 2018. CBP and DOS will make further productions on a rolling basis every eight weeks until production is completed.

8. The parties further propose that they file Joint Status Reports with the Court every sixty (60) days, updating the Court as to the status of the case.

9. The parties agree to meet and confer following the close of production to determine what next steps, if any, may be necessary in the instant case, including potential production of Vaughn indices and declarations describing the respective searches by each of the relevant agencies.

Dated: January 26, 2018

Respectfully submitted,

/s/ Muneer I. Ahmad
Amber Qureshi, Law Student Intern*
Carolyn O'Connor, Law Student Intern*
Muneer I. Ahmad, Esq.
Jerome N. Frank Legal Services Organization
P.O. Box 902020
New Haven, CT 06520
(203) 432-4800

Mariko Hirose, *Pro hac vice*
Stephen Poellot, *Pro hac vice*
Linda Evarts**
International Refugee Assistance Project at the Urban Justice Center
40 Rector Street, 9th Floor
New York, NY 10006
646-459-3057
Fax: 212-533-4598
Email: levarts@refugeerights.org

Karen C. Tumlin, *Pro hac vice*
Nicholas Espiritu, *Pro hac vice*
Esther Sung, *Pro hac vice*
Josh Stehlik**
National Immigration Law Center
3435 Wilshire Blvd. Suite 1600
Los Angeles, CA 90010
213-639-3900
Fax: 213-639-3911
Email: tumlin@nilc.org

Justin B. Cox, *Pro hac vice*
National Immigration Law Center
PO Box 170208
Atlanta, GA 3031
678-279-5441
Fax: 213-639-3911
Email: cox@nilc.org

*Counsel for Plaintiffs*


* Motion for law student appearance forthcoming.
** Application for admission *pro hac vice* forthcoming.

CHAD A. READLER
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that, on January 26, 2018, a copy of the forgoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: January 26, 2018

                                                Respectfully submitted,

                                                  /s/ Muneer I. Ahmad
                                              Muneer I. Ahmad
                                              Jerome N. Frank Legal Services Organization
                                              P.O. Box 209090
                                              New Haven, CT 06520
                                              P: (203) 432-4800
                                              F: (203) 432-1426