**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 3:17-cv-1061-AVC<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

I am admitted *pro hac vice* in the above-named civil action, and I appear in this case as counsel for Plaintiffs Council on American Islamic Relations-Connecticut and Make the Road New York.

Date: February 28, 2018

Respectfully Submitted,

/s/ Linda Evarts
Linda Evarts
International Refugee Assistance Project at
the Urban Justice Center
40 Rector Street, 9th Floor
New York, NY 10006
646-459-3057
Fax: 212-533-4598
Email: levarts@refugeerights.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 28, 2018, a copy of the forgoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ Linda Evarts
Linda Evarts