|  |  |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>          *Plaintiffs*,<br><br>          v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>          *Defendants*. | Civil Action No. 3:17-cv-1061-AVC |

**JOINT STATUS REPORT**

On January 26, 2018, the parties in the above-captioned Freedom of Information Act ("FOIA") case filed a joint status report that proposed a production schedule. ECF No. 30 ("JSR"). This schedule suggested initial dates for three production tracks described below and the submission of joint status reports to the Court every sixty (60) days. Pursuant to the JSR, the parties hereby provide the Court with updates on the progress of the case:

1.     With respect to the first production track, Defendant United States Citizenship and Immigration Services ("USCIS") completed its search for potentially responsive records and made its first production, which the Plaintiffs received on February 26, 2018. On February 28, Plaintiffs informed USCIS that it may have inadvertently sent Plaintiffs unredacted versions of the documents, and on March 1, USCIS confirmed that the unredacted documents were sent in error. Plaintiffs promptly returned the disk with the documents and then confirmed that no copies of the documents were retained. Plaintiffs received the first production in redacted form

on March 6. Plaintiffs have objected to certain redactions applied by USCIS and the parties are currently meeting and conferring in an effort to address the objections. In the course of these discussions, Defendants have requested that Plaintiffs' counsel return or destroy certain notes made by Plaintiffs' counsel, which Plaintiffs claim constitute attorney work product, related to the unredacted documents. Plaintiffs do not believe that Defendants are entitled to such a remedy but, in caution, they have agreed to sequester their work product until the disputes are resolved.

2.      USCIS does not anticipate any changes to the production schedule agreed upon in the JSR for this first production track. USCIS will make further productions on a rolling basis every six weeks from February 23, 2018, until production is complete, which is expected to be in June 2018. USCIS will meet and confer with the Plaintiffs if USCIS anticipates a need to change this estimated completion date.

3.      With respect to the second production track, Defendants U.S. Customs and Border Protection ("CBP") and the Department of State ("DOS") completed processing and made their first production for the parts of Plaintiffs' Request which do not require the formulation of electronic search terms on March 23, 2018. CBP determined that they are not likely to have additional records responsive to this part of Plaintiff's request. DOS will make further productions on a rolling basis every eight weeks, until production of this track is complete, which is anticipated to be on September 7, 2018. DOS will meet and confer with the Plaintiffs regarding any anticipated change in this estimated completion date.

4.      With respect to the third production track, relating to the portions of Plaintiffs' Request that require formulation of electronic search terms, the parties collaborated in formulating those search terms. The parties reached agreement concerning electronic search

terms for DOS on February 28, 2018. The parties reached agreement concerning electronic search terms for CBP on March 20, 2018. CBP and DOS are in the process of performing the searches based on the agreed-upon search terms. CBP and DOS estimate these initial searches will conclude on or before April 20, 2018. Defendants CBP and DOS will meet and confer with Plaintiffs regarding any anticipated change in this estimated completion date.

5.      CBP and DOS will make their first production of these non-exempt, responsive records which have been fully processed for the third production track on or before June 15, 2018. CBP and DOS will make further productions on a rolling basis every eight weeks until production is completed. The parties agree to meet and confer following the conclusion of initial searches using electronic search terms, on or before May 4, 2018, to discuss the estimated duration of the CBP and DOS production effort.

6.      The parties agree to continue filing Joint Status Reports with the Court every sixty (60) days, updating the Court as to the status of the case.

7.      The parties agree to meet and confer following the close of production by each Defendant to determine what steps, if any, may be necessary to complete this FOIA request, including production of potential Vaughn indices and declarations describing the respective searches by USCIS, CBP, and DOS. Defendants agree to produce a Vaughn index if requested by Plaintiffs following the close of production by each Defendant. The exact scope and nature of any Vaughn index will be determined through discussions between the parties.

8.      The parties respectfully request that the Court enter the proposed order attached to this joint status report regarding production timelines for the three production tracks.


Dated: March 27, 2018

Respectfully submitted,


/s/ Muneer I. Ahmad
Amber Qureshi, Law Student Intern*
Carolyn O'Connor, Law Student Intern*
Muneer I. Ahmad, Esq.
Jerome N. Frank Legal Services Organization
P.O. Box 902020
New Haven, CT 06520
(203) 432-4800

Mariko Hirose, *Pro hac vice*
Stephen Poellot, *Pro hac vice*
Linda Evarts, *Pro hac vice*
International Refugee Assistance Project at the Urban Justice Center
40 Rector Street, 9th Floor
New York, NY 10006
646-459-3057
Fax: 212-533-4598
Email: levarts@refugeerights.org

Karen C. Tumlin, *Pro hac vice*
Nicholas Espiritu, *Pro hac vice*
Esther Sung, *Pro hac vice*
Josh Stehlik, *Pro hac vice*
National Immigration Law Center
3435 Wilshire Blvd. Suite 1600
Los Angeles, CA 90010
213-639-3900
Fax: 213-639-3911
Email: tumlin@nilc.org

Justin B. Cox, *Pro hac vice*
National Immigration Law Center
PO Box 170208
Atlanta, GA 3031
678-279-5441
Fax: 213-639-3911
Email: cox@nilc.org

*Counsel for Plaintiffs*

* Motion for law student appearance forthcoming.

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 27, 2018, a copy of the forgoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.


Dated: March 27, 2018

Respectfully submitted,

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470
