IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 3:17-cv-1061-AVC |

## [PROPOSED] ORDER FOR PRODUCTION OF DOCUMENTS

WHEREAS the parties have agreed to a schedule for production of documents in satisfaction of the Freedom of Information Act requests at issue in this suit, and the Court approves of the parties' Joint Status Report of March 27, 2018 (JSR), now, therefore,

IT IS HEREBY ORDERED that:

1. Defendant United States Citizenship and Immigration Services shall make productions on a rolling basis every six weeks from February 23, 2018, until production is complete, as outlined in the JSR;

2. Defendant Department of State (DOS) shall make productions for those records that do not require the formulation of electronic search terms on a rolling basis every eight weeks from March 23, 2018, until production is complete, as outlined in the JSR;

3. Defendants U.S. Customs and Border Protection (CBP) and DOS shall make productions for those records that require the use of electronic search terms on a

rolling basis every eight weeks from June 15, 2018, until production is complete, as outlined in the JSR;

4. Defendants CBP and DOS shall meet and confer with Plaintiffs on or before May 4, 2018, to discuss the estimated duration of the CBP and DOS production effort, as outlined in the JSR;

5. The parties will inform the Court regarding any anticipated change in this production schedule; and

6. The parties shall file a joint status report with the Court every sixty days.

Entered this _____ day of _____, 2018.

_____
Alfred V. Covello
Senior United States District Court Judge