IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 3:17-cv-1061-AVC |

## JOINT STATUS REPORT

1.On March 27, 2018, the parties in the above-captioned Freedom of Information Act ("FOIA") case filed a joint status report in which they agreed upon dates by which Defendants would make productions on each of three production tracks and agreed to meet and confer to discuss the anticipated duration of Defendants U.S. Customs and Border Protection ("CBP") and the Department of State ("DOS")'s production efforts on or before May 4, 2018. ECF No. 38 ("JSR").

2.On April 9, 2018, this Court signed an Order in which it: (1) ordered Defendants to make productions, and to meet and confer about the estimated duration of Defendant CBP and DOS's production efforts, in accordance with the dates outlined in the JSR; and (2) ordered the parties to inform the Court regarding any anticipated change to the production schedule and to file a joint status report with the Court every sixty days. ECF No. 39 ("the Order"). Pursuant to the Order, the parties hereby provide the Court with updates on the progress of the case.

1

3.	With respect to the first production track, Defendant United States Citizenship and Immigration Services ("USCIS") provided Plaintiffs with a second production, received on approximately April 8, 2018, and a third production, received on approximately May 18, 2018. Defendant USCIS anticipates making one more production by June 29, 2018, in accordance with the Court-ordered schedule. USCIS has agreed to review its first production to address potential issues Plaintiffs have identified with that production. USCIS anticipates concluding this review by August 10, 2018. According to the notations and redactions on the produced pages, USCIS has referred more than one thousand pages to other agencies or entities for review. The parties will meet and confer concerning the production schedule for these referred documents by June 15, 2018. USCIS will provide Plaintiffs with a draft Vaughn index following the conclusion of its production, including the production of documents referred to other agencies. USCIS will meet and confer with Plaintiffs if it anticipates a need to change this schedule.

4.	With respect to the second production track, Defendant DOS provided its second production for the parts of Plaintiffs' Request which do not require the formulation of electronic search terms on May 18, 2018. DOS does not anticipate any changes to the Court-ordered schedule in which completion of production for this track is anticipated on September 7, 2018. DOS will meet and confer with Plaintiffs if it anticipates a need to change this schedule.

5.	With respect to the third production track, relating to the portions of Plaintiffs' Request that require formulation of electronic search terms, the parties have agreed to meet and confer on or before June 15, 2018 to discuss the estimated duration of the CBP and DOS production efforts because CBP and DOS were unable to complete initial searches by April 20, 2018, and are at this date unable to provide the estimated duration of this production effort. CBP and DOS do not, however, anticipate any change to the Court-ordered production schedule under

which they will make a first round production on or before June 15, 2018 and will make further productions on a rolling basis every eight weeks thereafter.

Dated: May 25, 2018

Respectfully submitted,

/s/ Muneer I. Ahmad
Amber Qureshi, Law Student Intern*
Carolyn O'Connor, Law Student Intern*
Muneer I. Ahmad, Esq.
Jerome N. Frank Legal Services Organization
P.O. Box 902020
New Haven, CT 06520
(203) 432-4800

Mariko Hirose, *Pro hac vice*
Stephen Poellot, *Pro hac vice*
Linda Evarts, *Pro hac vice*
International Refugee Assistance Project at the Urban Justice Center
40 Rector Street, 9th Floor
New York, NY 10006
646-459-3057
Fax: 212-533-4598
Email: levarts@refugeerights.org

Karen C. Tumlin, *Pro hac vice*
Nicholas Espiritu, *Pro hac vice*
Esther Sung, *Pro hac vice*
Josh Stehlik, *Pro hac vice*
National Immigration Law Center
3435 Wilshire Blvd. Suite 1600
Los Angeles, CA 90010
213-639-3900
Fax: 213-639-3911
Email: tumlin@nilc.org

Justin B. Cox, *Pro hac vice*
National Immigration Law Center
PO Box 170208
Atlanta, GA 3031

678-279-5441
Fax: 213-639-3911
Email: cox@nilc.org

*Counsel for Plaintiffs*

\* Motion for law student appearance forthcoming.


CHAD A. READLER
Acting Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 25, 2018, a copy of the forgoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: May 25, 2018

                                          Respectfully submitted,

                                          */s/ Michael L. Drezner*
                                          MICHAEL L. DREZNER
                                          Trial Attorney, U.S. Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Avenue, NW
                                          Washington, DC 20530
                                          Telephone: (202) 514-4505
                                          Facsimile: (202) 616-8470