# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK, *Plaintiffs*, v. U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE, *Defendants*. | Civil Action No. 3:17-cv-1061-AVC |

## AMENDED JOINT STATUS REPORT

1. On May 25, 2018, the parties in the above-captioned Freedom of Information Act ("FOIA") case filed a joint status report in which they set forth the current status of the review and production efforts in this matter. ECF No. 40 ("JSR").

2. On June 19, 2018, undersigned counsel for Defendants determined that certain of the information provided therein was erroneous.

3. Specifically, the JSR stated that: "According to the notations and redactions on the produced pages, USCIS has referred more than one thousand pages to other agencies or entities for review. The parties will meet and confer concerning the production schedule for these referred documents by June 15, 2018. USCIS will provide Plaintiffs with a draft Vaughn index following the conclusion of its production, including the production of documents referred to other agencies." JSR ¶ 3.

4. Due to a misunderstanding, however, USCIS had not yet formally referred documents to the relevant third-party agencies or entities for their review. Rather, USCIS had been holding all documents for referral until USCIS's production is complete, estimated to be on June 29, 2018, because the agency believes this will avoid multiple, piecemeal referrals. USCIS referred all documents requiring referral on June 21, 2018, requesting that third-party agencies or entities complete their review of all non-exempt, responsive documents for production to Plaintiffs, within 60 days.

Dated: June 25, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*

/s/ Muneer I. Ahmad
Brian Trinh, Law Student Intern*
Muneer I. Ahmad, Esq.
Jerome N. Frank Legal Services Organization
P.O. Box 902020
New Haven, CT 06520
(203) 432-4800

Mariko Hirose, *Pro hac vice*
Stephen Poellot, *Pro hac vice*
Linda Evarts, *Pro hac vice*
International Refugee Assistance Project at the Urban Justice Center
40 Rector Street, 9th Floor
New York, NY 10006
646-459-3057
Fax: 212-533-4598
Email: levarts@refugeerights.org

Karen C. Tumlin, *Pro hac vice*
Nicholas Espiritu, *Pro hac vice*
Esther Sung, *Pro hac vice*
Josh Stehlik, *Pro hac vice*
National Immigration Law Center
3435 Wilshire Blvd. Suite 1600
Los Angeles, CA 90010
213-639-3900
Fax: 213-639-3911
Email: tumlin@nilc.org

Justin B. Cox, *Pro hac vice*
National Immigration Law Center
PO Box 170208
Atlanta, GA 3031
678-279-5441
Fax: 213-639-3911
Email: cox@nilc.org

*Counsel for Plaintiffs*

* Motion for law student appearance forthcoming.

# CERTIFICATE OF SERVICE

I hereby certify that, on June 25, 2018, a copy of the forgoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: June 25, 2018

                                  Respectfully submitted,

                                  */s/ Michael L. Drezner*
                                  MICHAEL L. DREZNER
                                  Trial Attorney, U.S. Department of Justice
                                  Civil Division, Federal Programs Branch
                                  20 Massachusetts Avenue, NW
                                  Washington, DC 20530
                                  Telephone: (202) 514-4505
                                  Facsimile: (202) 616-8470