**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK, | Civil Action No. 3:17-cv-1061-AVC |
| *Plaintiffs*, | |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE, | |
| *Defendants*. | |

## JOINT STATUS REPORT

1.     On March 27, 2018, the parties in the above-captioned Freedom of Information Act ("FOIA") case filed a joint status report in which they agreed upon dates by which Defendants would make productions on each of three production tracks and agreed to meet and confer to discuss the anticipated duration of Defendants U.S. Customs and Border Protection ("CBP") and the Department of State ("DOS")'s production efforts on or before May 4, 2018. ECF No. 38 ("March JSR").

2.     On April 9, 2018, this Court signed an Order in which it: (1) ordered Defendants to make productions, and to meet and confer about the estimated duration of Defendant CBP and DOS's production efforts, in accordance with the dates outlined in the March JSR; and (2) ordered the parties to inform the Court regarding any anticipated change to the production schedule and to file a joint status report with the Court every sixty days. ECF No. 39 ("the Order"). Pursuant to the Order, the parties filed a Joint Status Report on May 25, 2018, ECF No.

1

40 ("May JSR"), which was amended on June 25, 2018.  ECF No. 41.  The parties hereby

provide the Court with updates on the progress of the case.

3.      With respect to the first production track, Defendant United States Citizenship

and Immigration Services ("USCIS") provided Plaintiffs with a fourth and final production,

received on approximately June 28, 2018.  In the May JSR, USCIS agreed to review its first

production to address potential issues Plaintiffs identified with that production, and it does not

anticipate any change to its plan to conclude this review by August 10, 2018.  On June 21, 2018,

USCIS referred more than one thousand pages to other agencies or entities for review, requesting

that third-party agencies or entities complete their review of all non-exempt, responsive

documents for production to Plaintiffs within 60 days.   USCIS will provide Plaintiffs with a

draft Vaughn index following the conclusion of its production, including the production of

documents referred to other agencies.  USCIS will meet and confer with Plaintiffs if it anticipates

a need to change this schedule.

4.      With respect to the second production track, Defendant DOS provided its third

production for the parts of Plaintiffs' Request which do not require the formulation of electronic

search terms on July 13, 2018.  DOS does not anticipate any changes to the Court-ordered

schedule in which completion of production for this track is anticipated on September 7, 2018.

DOS will meet and confer with Plaintiffs if it anticipates a need to change this schedule.

Defendant CBP re-released to Plaintiffs two spreadsheets, which had previously been produced

in PDF format, in their native Excel format on May 31, 2018.

5.      With respect to the third production track, relating to the portions of Plaintiffs'

Request that require formulation of electronic search terms, Defendants DOS and CBP provided

Plaintiffs a first production of documents on June 15, 2018.   The parties met and conferred on

July 24, 2018 about the scope of the search terms as they pertain to the CBP production.


Dated: July 24, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*

/s/ Muneer I. Ahmad
Brian Trinh, Law Student Intern*
Muneer I. Ahmad, Esq.
Jerome N. Frank Legal Services Organization
P.O. Box 902020
New Haven, CT 06520
(203) 432-4800

Mariko Hirose, *Pro hac vice*
Stephen Poellot, *Pro hac vice*
Linda Evarts, *Pro hac vice*
International Refugee Assistance Project at the Urban Justice Center
40 Rector Street, 9th Floor
New York, NY 10006
646-459-3057
Fax: 212-533-4598
Email: levarts@refugeerights.org

Karen C. Tumlin, *Pro hac vice*

Nicholas Espiritu, *Pro hac vice*
Esther Sung, *Pro hac vice*
Josh Stehlik, *Pro hac vice*
National Immigration Law Center
3435 Wilshire Blvd. Suite 1600
Los Angeles, CA 90010
213-639-3900
Fax: 213-639-3911
Email: tumlin@nilc.org

Justin B. Cox, *Pro hac vice*
National Immigration Law Center
PO Box 170208
Atlanta, GA 3031
678-279-5441
Fax: 213-639-3911
Email: cox@nilc.org

*Counsel for Plaintiffs*

\* Motion for law student appearance forthcoming.

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 24, 2018, a copy of the forgoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: July 24, 2018

Respectfully submitted,

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470