IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 3:17-cv-1061-AVC |

## **JOINT STATUS REPORT**

1. On March 27, 2018, the parties in the above-captioned Freedom of Information Act ("FOIA") case filed a joint status report in which they agreed upon dates by which Defendants would make productions on each of three production tracks and agreed to meet and confer to discuss the anticipated duration of Defendants U.S. Customs and Border Protection ("CBP") and the Department of State ("DOS")'s production efforts on or before May 4, 2018. ECF No. 38 ("March JSR").

2. On April 9, 2018, this Court signed an Order in which it: (1) ordered Defendants to make productions, and to meet and confer about the estimated duration of Defendant CBP and DOS's production efforts, in accordance with the dates outlined in the March JSR; and (2) ordered the parties to inform the Court regarding any anticipated change to the production schedule and to file a joint status report with the Court every sixty days. ECF No. 39 ("the Order"). Pursuant to the Order, the parties filed a Joint Status Report on May 25, 2018, ECF No.

40 ("May JSR"), which was amended on June 25, 2018, ECF No. 41, and a Joint Status Report on July 24, 2018. ECF No. 42 ("July JSR"). The parties hereby provide the Court with updates on the progress of the case.

3. With respect to the first production track, Defendant United States Citizenship and Immigration Services ("USCIS") completed its re-review of documents, agreed upon in the May JSR, on August 28, 2018. On June 21, 2018, USCIS referred more than one thousand pages to other agencies or entities for review, requesting that third-party agencies or entities complete their review of all non-exempt, responsive documents for production to Plaintiffs within 60 days. Plaintiffs have received documents from the Department of Homeland Security Office of Inspector General ("DHS OIG") and the Federal Law Enforcement Training Center ("FLETC"). Plaintiffs have not yet received documents referred to the White House, the Department of Homeland Security, Immigration and Customs Enforcement, the Department of Justice Civil Division, among other agencies and entities, and are awaiting further information from Defendants regarding the status of these documents. USCIS will provide Plaintiffs with a draft Vaughn index following the conclusion of its production, including the production of documents referred to other agencies.

4. With respect to the second production track, Defendant DOS provided a production for the parts of Plaintiffs' Request which do not require the formulation of electronic search terms on September 7, 2018. Defendant DOS has explained to Plaintiffs that this production effort is taking longer than originally expected, and it intends to complete production for those parts of the request which do not require the formulation of electronic search terms by November 2, 2018. Defendant DOS will meet and confer with Plaintiffs, through counsel, if it anticipates any

change to this schedule. Defendant CBP previously completed its production for the parts of Plaintiffs' Request that do not require the formulation of electronic search terms in March 2018.

5. With respect to the third production track, relating to the portions of Plaintiffs' Request that require formulation of electronic search terms, Defendant DOS provided Plaintiffs a second production of documents on August 10, 2018. The parties are conferring regarding the schedule of remaining DOS electronic search term productions. With regard to CBP electronic search term productions, on September 6, 2018, Defendants informed Plaintiffs that the number of custodians and agreed-upon search terms were producing an overly large number of documents. The parties met and conferred on September 20, 2018 to address this issue and are continuing to discuss ways to resolve it. While discussions are ongoing, CBP is continuing to process and produce documents requiring search terms pursuant to the schedule previously ordered.

Dated: September 24, 2018
Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/*Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*

/s/ Muneer I. Ahmad
Edgar Melgar, Law Student Intern*

Peter Menz, Law Student Intern*
Muneer I. Ahmad, Esq.
Reena Parikh, Esq.
Jerome N. Frank Legal Services Organization
P.O. Box 902020
New Haven, CT 06520
(203) 432-4800

Linda Evarts, *Pro hac vice*
Stephen Poellot, *Pro hac vice*
Mariko Hirose, *Pro hac vice*

International Refugee Assistance Project at the Urban Justice Center
40 Rector Street, 9th Floor
New York, NY 10006
646-459-3044
Fax: 212-533-4598
Email: levarts@refugeerights.org

Justin B. Cox, *Pro hac vice*
International Refugee Assistance Project at the Urban Justice Center
PO Box 170208
Atlanta, GA 3031
678-279-5441
Fax: 213-639-3911
Email: jcox@refugeerights.org

Karen C. Tumlin, *Pro hac vice*
Nicholas Espiritu, *Pro hac vice*
Esther Sung, *Pro hac vice*
Josh Stehlik, *Pro hac vice*
National Immigration Law Center - CA
3435 Wilshire Blvd. Suite 1600
Los Angeles, CA 90010
213-639-3900
Fax: 213-639-3911
Email: tumlin@nilc.org


*Counsel for Plaintiffs*

* Motion for law student appearance forthcoming.