**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 3:17-cv-1061-AVC |

**[PROPOSED] ORDER FOR PRODUCTION OF DOCUMENTS**

WHEREAS the parties have agreed to a modified schedule for production of documents in satisfaction of the Freedom of Information Act requests at issue in this suit, now, therefore,

IT IS HEREBY ORDERED that:

1. Defendants U.S. Department of State and U.S. Customs and Border Protection will make their next production of those non-exempt, fully processed documents which require the use of electronic search terms, on March 8, 2019.  Thereafter, the U.S. Department of State and U.S. Customs and Border Protection will continue to make such productions on a rolling basis every eight weeks.

2. The parties will submit the next Joint Status Report on February 22, 2019, and every 60 days thereafter.

Entered this _____ day of _____, 2019.

_____
Alfred V. Covello
Senior United States District Court Judge