IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 3:17-cv-1061-AVC |

JOINT STATUS REPORT

1. On March 27, 2018, the parties in the above-captioned Freedom of Information Act ("FOIA") case filed a joint status report in which they agreed upon dates by which Defendants would make productions on each of three production tracks and agreed to meet and confer to discuss the anticipated duration of the production efforts of Defendants U.S. Customs and Border Protection ("CBP") and the Department of State ("DOS") on or before May 4, 2018. ECF No. 38 ("March JSR").

2. On April 9, 2018, this Court signed an Order in which it: (1) ordered Defendants to make productions, and to meet and confer about the estimated duration of Defendant CBP and DOS's production efforts, in accordance with the dates outlined in the March JSR; and (2) ordered the parties to inform the Court regarding any anticipated change to the production schedule and to file a joint status report with the Court every sixty days. ECF No. 39 ("the

Order"). Pursuant to the Order, the parties filed a Joint Status Report on May 25, 2018, ECF No. 40 ("May JSR"), which was amended on June 25, 2018, ECF No. 41; a Joint Status Report on July 24, 2018, ECF No. 42 ("July JSR"); a Joint Status Report on September 24, 2018, ECF No. 43 ("September JSR"); and a Joint Status Report on November 26, 2018, ECF No. 45 ("November JSR"). The parties hereby provide the Court with updates on the progress of the case.

3. On December 22, 2018, appropriations to the Department of Justice lapsed. On January 9, 2019, Defendants filed a motion to stay the production schedule, ECF No. 46, which this Court granted on January 23. ECF No. 47. On February 1, Defendants notified the Court that appropriations had been restored, ECF No. 48. On February 6, Defendants filed a consent motion to modify the existing production schedule, ECF No. 49, which this Court granted on February 19. ECF No. 50.

4. With respect to the first production track, Defendant United States Citizenship and Immigration Services ("USCIS") completed its re-review of documents, although certain documents referred to third-party agencies and components have not yet been produced.

    a. On June 21, 2018, USCIS referred more than one thousand pages to other agencies or entities for review, requesting that third-party agencies or entities complete their review of all non-exempt, responsive documents for production to Plaintiffs within 60 days. USCIS had identified these documents in its March 2018 and subsequent productions as requiring referral to other agencies or entities prior to their release.

    b. As of the September JSR, Plaintiffs had received documents from the Department of Homeland Security Office of Inspector General ("DHS OIG") and the Federal Law Enforcement Training Center ("FLETC"). On November 14, 2018,

Plaintiffs received an interim production of documents referred to CBP. On December 7, 2018, Plaintiffs received an interim production of documents from the Department of Homeland Security ("DHS"). Counsel for Defendants informed Plaintiffs that the Department of Justice, Civil Division ("DOJ Civil") provided its final response to Plaintiffs on December 20, 2018; Plaintiffs are in the process of confirming receipt.

 c. Plaintiffs aver that, as of today, approximately 6 months after the 60-day time period wherein USCIS requested that documents referred to third party agencies and components be produced, Plaintiffs have not received the majority of documents referred to outside agencies and entities—specifically, those referred to DHS, the White House, Immigration and Customs Enforcement ("ICE"), and the Department of Health and Human Services ("HHS").

 d. DHS has informed counsel for Defendants that documents referred to DHS will be produced and completed by September 2019. DHS has also informed counsel for Defendants that DHS will continue to disclose non-exempt records on a rolling basis. As discussed in the November 2018 JSR, Plaintiffs aver that USCIS's proposed production schedule is unduly long.

 e. USCIS has informed counsel for Defendants that the documents referred to the White House for a consultation may have been lost. Defendants have re-referred these documents to the White House, and are not able to provide a date by which these documents will ultimately be produced. Plaintiffs aver that since the consultation of these documents has been unnecessarily delayed, any production deadline after April 1, 2019 is unduly long.

f. On February 1, 2019, Plaintiffs informed counsel for Defendants that while reviewing USCIS's past productions, they found that seven pages had been referred to the Department of Health and Human Services ("HHS"). Counsel for Defendants has informed Plaintiffs that these documents were referred in error and is currently ascertaining the status of these records.

g. Defendants agree to provide Plaintiffs with an update concerning the status of all documents referred to other agencies or entities by March 22, 2019.

h. USCIS has agreed to provide Plaintiffs with a Vaughn Index following the conclusion of production, including the production of documents referred to other agencies or entities. USCIS has agreed to produce a partial Vaughn index for a sample of the documents already produced. Plaintiffs provided Defendant USCIS with a proposed list of documents for the partial Vaughn index on February 4, 2019. On February 19, 2019, counsel for Defendants informed Plaintiffs of several objections to the proposed list of documents; the parties will meet and confer concerning the partial Vaughn index's scope by March 8, 2019.

5. With respect to the second production track, Defendant DOS provided a final production of documents in response to those parts of Plaintiffs' Request which do not require the formulation of electronic search terms, on November 15, 2018. Defendant CBP previously completed its production for the parts of Plaintiffs' Request that do not require the formulation of electronic search terms in March 2018.

6. With respect to the third production track, relating to the portions of Plaintiffs' Request that require formulation of electronic search terms, Defendants DOS and CBP will provide Plaintiffs with an interim production of documents by March 8, 2019. The parties will meet and

confer regarding the schedule of remaining DOS electronic search term productions by March 8. With regard to CBP electronic search term productions, on September 6, 2018, Defendants informed Plaintiffs that the number of custodians and agreed-upon search terms were producing an overly large number of documents. The parties will meet and confer by March 8 to discuss narrowing the scope of the request. While discussions are ongoing, CBP is continuing to process and produce documents requiring search terms pursuant to the schedule previously ordered.

Dated: February 22, 2019
Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ _Michael L. Drezner___
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*

/s/ _Stephen Poellot_____
Stephen Poellot, *Pro hac vice*
Linda Evarts, *Pro hac vice*
Mariko Hirose, *Pro hac vice*
International Refugee Assistance Project
40 Rector Street, 9th Floor
New York, NY 10006
646-459-3044
Fax: 212-533-4598
Email: levarts@refugeerights.org

Justin B. Cox, *Pro hac vice*
International Refugee Assistance Project

PO Box 170208
Atlanta, GA 3031
678-279-5441
Fax: 213-639-3911
Email: jcox@refugeerights.org

Peter Menz, Law Student Intern*
Ramis Wadood, Law Student Intern*
Reena Parikh, Esq. †
Jerome N. Frank Legal Services Organization
P.O. Box 902020
New Haven, CT 06520
(203) 432-4800

Nicholas Espiritu, *Pro hac vice*
Esther Sung, *Pro hac vice*
Josh Stehlik, *Pro hac vice*
National Immigration Law Center - CA
3435 Wilshire Blvd. Suite 1600
Los Angeles, CA 90010
213-639-3900
Fax: 213-639-3911
Email: stehlik@nilc.org

*Counsel for Plaintiffs*


* Motion for law student appearance forthcoming.
† Application for admission pending.