IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 3:17-cv-1061-AVC |

JOINT STATUS REPORT

1. On March 27, 2018, the parties in the above-captioned Freedom of Information Act ("FOIA") case filed a joint status report in which they agreed upon dates by which Defendants would make productions on each of three production tracks and agreed to meet and confer to discuss the anticipated duration of the production efforts of Defendants U.S. Customs and Border Protection ("CBP") and the Department of State ("DOS") on or before May 4, 2018. ECF No. 38 ("March 2018 JSR").

2. On April 9, 2018, this Court signed an Order in which it: (1) ordered Defendants to make productions, and to meet and confer about the estimated duration of Defendant CBP and DOS's production efforts, in accordance with the dates outlined in the March JSR; and (2) ordered the parties to inform the Court regarding any anticipated change to the production schedule and to file a joint status report with the Court every sixty days. ECF No. 39 ("the

Order"). Pursuant to the Order, the parties filed a Joint Status Report on May 25, 2018, ECF No. 40 ("May 2018 JSR"), which was amended on June 25, 2018, ECF No. 41; a Joint Status Report on July 24, 2018, ECF No. 42 ("July 2018 JSR"); a Joint Status Report on September 24, 2018, ECF No. 43 ("September 2018 JSR"); a Joint Status Report on November 26, 2018, ECF No. 45 ("November 2018 JSR"); and, following the 2018-19 government shutdown, a Joint Status Report on February 22, 2019, ECF No. 51 ("February 2019 JSR"). The parties hereby provide the Court with updates on the progress of the case.

3. With respect to the first production track, Defendant United States Citizenship and Immigration Services ("USCIS") completed its re-review of documents, although certain documents referred to third-party agencies and components have not yet been produced. The status of the referred documents continue to be the subject of disagreement among the parties.

    a. On June 21, 2018, USCIS referred more than one thousand pages to other agencies or entities for review, requesting that third-party agencies or entities complete their review of all non-exempt, responsive documents for production to Plaintiffs within 60 days—i.e., by August 20, 2018.

    b. As of the February 2019 JSR, Plaintiffs had received documents from the Department of Homeland Security Office of Inspector General ("DHS OIG"), the Federal Law Enforcement Training Center ("FLETC"), the Department of Justice Civil Division, the Department of Homeland Security, and CBP. On February 22, 2019, Plaintiffs received documents that USCIS had referred to DOS.

    c. Plaintiffs aver that, as of today, approximately 8 months after the 60-day time period wherein USCIS requested that documents referred to third party agencies and components be produced, Plaintiffs have not received the majority of documents referred

to outside agencies and entities—specifically, those referred to the White House, Immigration and Customs Enforcement ("ICE"), and the Department of Health and Human Services ("HHS").

    d. DHS has informed counsel for Defendants that documents referred to DHS will be produced and completed by September 2019. DHS made interim productions to Plaintiffs on December 7, 2018, February 28, 2019, and April 2, 2019. As discussed in the November 2018 JSR and February 2019 JSR, Plaintiffs aver that USCIS's proposed production schedule is unduly long.

    e. USCIS has informed counsel for Defendants that the documents referred to the White House for a consultation may have been lost. Defendants have re-referred these documents to the White House, and are not able to provide a date by which these documents will ultimately be produced. On March 22, 2019, counsel for Defendants informed Plaintiffs that there was no update on the records subject to White House consultation. Plaintiffs aver that, to date, Defendants have not provided any update to Plaintiffs. As discussed in the February 2019 JSR, Plaintiffs aver that production of these documents has been unduly delayed.

    f. On February 1, 2019, Plaintiffs informed counsel for Defendants that in reviewing USCIS's past productions, they realized that seven pages had been referred to the Department of Health and Human Services ("HHS") and were not produced. Counsel for Defendants has informed Plaintiffs that these documents were referred to HHS in error. USCIS has subsequently determined that the documents were then referred to DHS for processing and production, if appropriate. On April 23, 2019, counsel for Defendants informed Plaintiffs that USCIS was still determining whether the pages had in fact been

produced to Plaintiffs. Plaintiffs aver that, to date, Defendants have not provided any update to Plaintiffs.

    g. USCIS has agreed to provide Plaintiffs with a Vaughn Index following the conclusion of production, including the production of documents referred to other agencies or entities. USCIS has agreed to produce a partial Vaughn index for a sample of the documents already produced. Plaintiffs provided Defendant USCIS with a proposed list of documents for the partial Vaughn index on February 4, 2019. On February 19, 2019, counsel for Defendants informed Plaintiffs of several objections to the proposed list of documents. Plaintiffs provided a revised list to Defendants on March 8, and a further revised list on April 22, 2019. Defendants are currently evaluating this second revision.

4. With respect to the second production track, Defendant DOS provided a final production of documents in response to those parts of Plaintiffs' Request which do not require the formulation of electronic search terms, on November 15, 2018. Defendant CBP previously completed its production for the parts of Plaintiffs' Request that do not require the formulation of electronic search terms in March 2018.

5. With respect to the third production track, relating to the portions of Plaintiffs' Request that require formulation of electronic search terms, Defendant DOS provided Plaintiffs with an interim production of documents on March 7, 2019, and CBP provided Plaintiffs with an interim production on March 8, 2019.

    a. The parties met and conferred regarding the schedule of remaining DOS electronic search term productions on March 8. Counsel for Defendant informed

Plaintiffs that DOS had no updates on the production. To date, Defendants have not provided any updates to Plaintiffs.

      b. With regard to CBP electronic search term productions, Plaintiffs provided Defendants with a proposal to narrow the agreed-upon search terms on March 8, 2019. On March 13, 2019, Defendants informed Plaintiffs of several objections to this proposal; Plaintiffs submitted a new proposal on April 23, 2019. While discussions are ongoing, CBP is continuing to process and produce documents requiring search terms pursuant to the schedule previously ordered.

Dated: April 23, 2019
Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Michael Drezner*_____
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

Counsel for Defendants

/s/ Reena Parikh_____
Peter Menz, Law Student Intern*
Ramis Wadood, Law Student Intern*
Reena Parikh, Esq. (ct30688)
Jerome N. Frank Legal Services Organization
P.O. Box 902020
New Haven, CT 06520
(203) 432-4800

Linda Evarts, Pro hac vice
Stephen Poellot, Pro hac vice
Mariko Hirose, Pro hac vice

International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
(516) 838-1655
Email: levarts@refugeerights.org

Justin B. Cox, Pro hac vice
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 3031
(516) 701-4233
Email: jcox@refugeerights.org

Nicholas Espiritu, Pro hac vice
Esther Sung, Pro hac vice
Josh Stehlik, Pro hac vice
National Immigration Law Center - CA
3435 Wilshire Blvd. Suite 1600
Los Angeles, CA 90010
213-639-3900
Fax: 213-639-3911
Email: stehlik@nilc.org

Counsel for Plaintiffs

* Motion for law student appearance forthcoming.