UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTIONS, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No. 3:17-cv-1061-AVC |

## [PROPOSED] SCHEDULING ORDER

Having considered the Plaintiffs' motion for modification of the scheduling order, this motion is hereby GRANTED. The following schedule shall govern the proceedings in this case. Proceedings include a schedule for dispositive motions along with deadlines for the production of records from U.S. Citizenship and Immigration Services ("USCIS"), U.S. Department of State ("DOS"), and U.S. Customs and Border Protection ("CBP") in response to an action filed by Plaintiffs under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"):

**(1) Production by USCIS**

USCIS shall produce all responsive, non-exempt documents referred to the White House by August 8, 2019, and all responsive, non-exempt documents referred to all other third party agencies or entities by September 2, 2019.

**(2) Production by DOS and CBP**

By July 30, 2019, Plaintiffs and Defendants DOS and CBP shall attempt to come to a new agreement as to the scope of the track three requests and the deadlines for production, and the parties shall submit any such agreements to the court for adoption. If the parties are unable to come to a new agreement by that date, the parties shall, on that date, jointly file a request for referral to a Magistrate Judge for mediation on that issue, which will so be ordered.

If DOS, CBP, or both agencies are unable to come to a new agreement with Plaintiffs in mediation, the Defendant agency or agencies that were unable to reach agreement shall file a motion by October 1, 2019 to be relieved from the parties' existing agreement—codified in the Court's April 9, 2018 order, ECF No. 39—to narrow Plaintiffs' original FOIA request, under which DOS and CBP had each committed to search an enumerated list of custodians using an agreed upon list of search terms for potentially responsive documents.  Plaintiffs will respond to that motion by October 30, 2019 and Defendants may file a reply by November 14, 2019.

Each agency shall complete its production of all responsive, non-exempt track 3 documents by no later than 90 days from the date of that agency's new agreement with Plaintiffs as to the scope of the track 3 request, or from the Court's resolution of that agency's motion to be relieved of the parties' agreement, whichever is earlier.

**(3) Vaughn Indices**

Plaintiffs shall identify DOS and CBP documents from track two to be included in sample Vaughn indices, comprising no more than 10% of total pages produced by each agency, by July 30, 2019. DOS and CBP shall produce the Vaughn indices for the sampled records by August 30, 2019. Plaintiffs shall advise Defendants of which redactions or withholding of documents they do not contest by September 15, 2019.

With respect to the track 3 productions for DOS and CBP, by 30 days after the respective agency has completed its track 3 production, Plaintiffs shall identify the track three documents from the production to be included in a sample Vaughn index, comprising no more than 10% of total pages produced by that agency on track 3. No later than 30 days after receiving Plaintiffs' proposed sample, the relevant agency shall produce the Vaughn index for the sampled records. No later than 21 days after receiving the sample Vaughn indices, Plaintiffs shall advise Defendants of which redactions or withholding of documents they do not contest.

USCIS shall produce the sample Vaughn index agreed to by the parties on June 21, 2019 for documents not referred to other agencies or entities by August 30, 2019. With respect to documents not referred to other agencies or entities, Plaintiffs shall advise Defendants which redactions or withholding of documents they do not contest by September 16, 2019.

By September 15, 2019, Plaintiffs shall identify specific documents from the USCIS production of documents referred to outside agencies and entities ("USCIS's referred production") to be included in a sample Vaughn index, comprising no more than 10% of total pages of USCIS's referred production.  USCIS shall produce this sample Vaughn of USCIS's referred production index by October 15, 2019. Plaintiffs shall advise Defendants which redactions and withholdings of documents they do not contest by October 30, 2019.

**(4) Dispositive Motions**

If motions for summary judgment or other dispositive motions are necessary with regard to track 1 and track 2 productions, the parties shall file their respective motions on or before the following dates:

| | |
|---|---|
| *Defendants' Motion*: | February 2, 2020 |
| *Plaintiffs' Cross-Motion and Opposition*: | March 2, 2020 |

*Defendants' Reply and Opposition*:				April 2, 2020

*Plaintiffs' Reply*:						April 16, 2020

If motions for summary judgment or other dispositive motions are necessary with regard to track 3, Defendant shall file such motion by 30 days after Plaintiffs advise Defendants of which redactions or withholding of documents they do not contest from the sample Vaughn for track 3. Plaintiffs' cross-motion and opposition will be due by 30 days after Defendants' motion. Defendants' opposition, and if desired, joint-reply, shall be due 30 days thereafter. Plaintiffs may file a reply 14 days thereafter.

Entered this _____ day of _____, 2019.

_____
Alfred V. Covello
Senior United States District Court Judge