IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-AVC |

## [PROPOSED] ORDER STAYING SCHEDULE AND REFERRING CASE TO MAGISTRATE JUDGE FOR ALL MATTERS

For the reasons stated in the parties' Joint Motion to Stay Schedule and For Referral to Magistrate Judge for All Matters, it is hereby

**ORDERED** that the case schedule in this matter, ECF No. 60, is **STAYED**; and it is further

**ORDERED** that all matters in this case be referred in their entirety to Magistrate Judge _____ for adjudication and resolution; and it is further

**ORDERED** that a settlement conference shall take place within two weeks of the signing of this order, or as soon as practicable thereafter, subject to the availability of the parties and the Magistrate Judge; and it is further

**ORDERED** that USCIS shall produce all responsive, non-exempt documents that it referred to the White House by August 23, 2019, and all responsive, non-exempt documents referred to all other third-party agencies or entities by September 30, 2019; and it is further

**ORDERED** that with respect to draft, sample Vaughn indices:

- On or before August 30, 2019, USCIS shall produce the draft, sample Vaughn index agreed to by the parties on June 21, 2019 for documents not referred to other agencies or entities;

- On or before September 15, 2019, Plaintiffs shall advise Defendants which redactions or withholding of documents they do not contest in the aforementioned draft, sample Vaughn index;

- On or before October 30, 2019, Plaintiffs shall identify specific documents from the USCIS production of documents referred to outside agencies and entities ("USCIS's referred production") to be included in a sample Vaughn index, comprising no more than all pages withheld in full and 10 percent of those pages containing redactions ;

- On or before November 30, 2019, USCIS shall propose a date by which this draft, sample Vaughn index will be provided;

- On or before August 30, 2019, Plaintiffs shall identify the CBP documents from track two to be included in a draft, sample Vaughn index, compromising no more than all pages withheld in full and 10% of total documents produced by CBP containing redactions;

- No more than 60 days from the date in which Plaintiffs identify those documents to be included in the draft, sample Vaughn index, CBP shall produce the draft Vaughn index for the sampled records;

- On or before August 30, 2019, Plaintiffs shall identify the DOS documents from track two to be included in a draft, sample Vaughn index, compromising no more than all documents withheld in full and 15% of total documents produced by DOS containing redactions;

- No more than 70 days from the date in which Plaintiffs identify those documents to be included in the draft, sample Vaughn index, DOS shall produce the draft Vaughn index for the sampled records; and

- The parties may be relieved of any or all of these obligations for good cause shown, and the parties agree that Defendants may supplement the sample Vaughn indices after the aforementioned deadlines to add additional factual details.

    **SO ORDERED.**

Date:  _____          _____
                                                                              UNITED STATES JUDGE