**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No. 3:17-cv-1061-AVC<br><br>STIPULATION AND [PROPOSED] JOINT SCHEDULING ORDER |

**STIPULATION AND [PROPOSED] JOINT SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED THAT:

- On or before September 6, 2019, DOS shall provide Plaintiffs with information about DOS's Track 3 search and production effort, specifically, the approximate percentage of potentially responsive documents in which a given search term is found, and an approximate page count of potentially responsive material by office searched.

- On or before September 13, 2019, DOS shall provide Plaintiffs with additional information about their searches.

- On or before September 20, 2019, Plaintiffs shall provide Defendants with a proposal for narrowing the scope of their FOIA request with respect to the Track 3 productions by DOS and CBP.

- On or before October 11, 2019, Defendants shall provide Plaintiffs with DOS and CBP's proposals for their Track 3 search and production efforts, specifically: (a) the search terms to

be used to identify potentially responsive documents; (b) the frequency with which each agency shall produce documents to Plaintiffs; (c) the number of pages each agency shall process in each production period; and (d) the duration and completion date of each agency's production of all responsive, non-exempt documents except for those documents, if any, that are referred to outside agencies and entities, for which the parties shall negotiate production deadlines at a later date.

- The parties shall participate in a pretrial conference pursuant to Fed. R. Civ. Proc. 16 on October 15, 2019, or as soon as practicable thereafter, subject to the availability of the parties and the Magistrate Judge.

**IT IS SO ORDERED.**

Date: _____     _____
HONORABLE ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE

Dated: September 6, 2019
Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Michael L. Drezner
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

Counsel for Defendants


/s/ <u>Muneer I. Ahmad</u>
Muneer I. Ahmad, Supervising Attorney, ct28109
Reena Parikh, Supervising Attorney, ct30688
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426

Linda Evarts, Esq.
Justin Cox, Esq.
Stephen Poellot, Esq.
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
levarts@refugeerights.org
Telephone: (516) 838-1655
Fax: (929) 999-8119

Nicholas Espiritu, Esq.
espiritu@nilc.org
Joshua Stehlik, Esq.
Stehlik@nilc.org
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911