# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE, <br><br> *Defendants*. | Civil Action No. 3:17-cv-1061-RMS <br><br> **NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

    I am admitted *pro hac vice* in the above-named civil action, and I appear in this case as counsel for Plaintiffs Council on American-Islamic Relations – Connecticut and Make the Road New York.

Date: October 15, 2019

Respectfully Submitted,

/s/ Adam Bates
Adam Bates
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
516-701-4209
Fax: 929-999-8119
abates@refugeerights.org
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

   I hereby certify that, on October 15, 2019, a copy of the forgoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

              /s/ Adam Bates

              Adam Bates