IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No. 3:17-cv-1061-RMS<br><br>**STIPULATION AND [PROPOSED] ORDER** |

## STIPULATION AND [PROPOSED] SCHEDULING ORDER

WHEREAS, on August 20, 2019, the Court ordered a schedule under which Plaintiffs and Defendants would each take steps toward narrowing the scope of the Track 3 portion of Plaintiffs' request, ECF No. 65;

WHEREAS, the parties have reached agreement on the narrowed scope of the Track 3 request and the pace at which Defendants shall process the request:

IT IS HEREBY STIPULATED AND AGREED THAT:

- Within two weeks of the date the parties sign this stipulation, Defendants CBP and DOS shall begin processing the narrowed Track 3 request pursuant to the parties' agreement.
- CBP shall process 1,500 pages every six weeks and estimates that it will complete processing of approximately 15,000 pages in approximately 14 months. CBP's first production shall be on or before January 10, 2020.

- No more than 15 days after the conclusion of Defendant CBP's processing of all Track 3 documents, the parties shall meet and confer about any remaining disputes. No more than 15 days thereafter, the parties shall file a stipulation or a joint status report informing the Court as to their proposal(s) for resolving any such disputes.

- DOS shall process at a pace of 800 pages every six weeks and estimates that it will complete processing of 375 documents and parent emails without their attachments in approximately 6 months. DOS's first production shall be on or before January 10, 2020.

- No more than 30 days after completion of DOS's processing of the 375 documents and parent emails, Plaintiffs shall identify for DOS those documents for which they want DOS to process attachments. No more than 30 days after receiving Plaintiffs' request, DOS shall begin processing those attachments at a pace of 800 pages per six weeks.

- No more than 15 days after the conclusion of Defendant DOS's processing of all Track 3 documents, the parties shall meet and confer about any remaining disputes. No more than 15 days thereafter, the parties shall file a stipulation or a joint status report informing the Court as to their proposal(s) for resolving any such disputes.

**IT IS SO ORDERED.**

Date: _____      _____
                                      HONORABLE ROBERT M. SPECTOR
                                      UNITED STATES MAGISTRATE JUDGE

Respectfully submitted this 15th day of November, 2019,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Michael L. Drezner
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*

/s/ Muneer I. Ahmad
Muneer I. Ahmad, Supervising Attorney, ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426

Adam Bates, Pro hac vice
Linda Evarts, Pro hac vice
Stephen Poellot, Pro hac vice
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
abates@refugeerights.org
Telephone: (516) 701-4209
Fax: (929) 999-8119

Justin Cox, Pro hac vice
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
jcox@refugeerights.org
Telephone: (678) 279-5441
Fax: (929) 999-8119

Nicholas Espiritu, Pro hac vice
espiritu@nilc.org
Joshua Stehlik, Pro hac vice
Stehlik@nilc.org
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

*Counsel for Plaintiffs*