IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion for an Extension of Time, it is hereby:

**ORDERED** that the consent motion is **GRANTED**, and it is further

**ORDERED** that on or before December 6, 2019, Defendant USCIS will propose to Plaintiffs a date by which a draft sample Vaughn index can be provided, from documents referred to outside agencies and entities, and in doing so Defendant will identify those agencies or entities to which documents were referred, and which withheld or redacted pages of documents in full.

**SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE