IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

## JOINT STATUS REPORT

1. The Parties deeply regret any inconvenience to the Court occasioned by their failure to file the instant JSR on or before March 31, 2020, *see* ECF Nos. 89, 92, and they respectfully request that the Court excuse their one-day delay.

2. On November 18, 2019, the Court so ordered the parties' stipulation in which the parties agreed to a narrowed set of search terms and the schedule for future productions. ECF No. 89 (hereinafter "the Court's Order").

3. Pursuant to the Court's Order and in relevant part, Defendant Customs and Border Protection ("CBP") must process 1,500 pages every six weeks until the total pages with the given search terms are processed, and the first production was due on or before January 10, 2020. ECF No. 88.

4. Defendant CBP states that it has complied with that order.

5. To date, Defendant CBP has made two productions to Plaintiffs pursuant to the Court's Order: processing 2,471 responsive pages by January 10, 2020; and 2,600 responsive pages by February 21, 2020.

6. Of the 5,071 responsive pages CBP has processed to date pursuant to the Court's order, 4,047 pages have been withheld in full. Last month, Plaintiffs expressed their strong concerns about the extent of these redactions to Defendants.

7. Pursuant to the Court's Order, CBP's next production is due on or before April 3, 2020.

8. Defendants have informed Plaintiffs that, due to technical difficulties related to the Covid-19 pandemic, CBP intends to request a one-week extension of their production schedule in a motion to be filed later this week.

9. Pursuant to the Court's Order and in relevant part, Defendant Department of State ("DOS") must process 800 pages every six weeks until the total number of documents with the given search terms, which does not include parent email attachments, are processed. ECF No. 88. The first production was due on or before January 10, 2020. *Id.*

10. Defendant DOS states that it has complied with that order, processing in excess of 800 pages every six weeks.

11. To date, DOS has made two productions to Plaintiffs: 168 pages on January 10, 2020 (which includes a two-page supplement on January 13); and 297 pages on February 21, 2020.

12. Pursuant to the Court's Order, DOS's next production is due on or before April 3, 2020.

13. Defendants have informed Plaintiffs that DOS is unable to continue processing documents in this case as a result of the Covid-19 pandemic and intends to move to stay productions later this week.

Respectfully submitted this 1st day of April, 2020,


/s/ Muneer I. Ahmad
Muneer I. Ahmad, Supervising Attorney, ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426

Adam Bates, Pro hac vice
Linda Evarts, Pro hac vice
Stephen Poellot, Pro hac vice
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
abates@refugeerights.org
Telephone: (516) 701-4209
Fax: (929) 999-8119

Justin Cox, Pro hac vice
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
jcox@refugeerights.org
Telephone: (678) 279-5441
Fax: (929) 999-8119

Nicholas Espiritu, Pro hac vice
espiritu@nilc.org

Joshua Stehlik, Pro hac vice
Stehlik@nilc.org
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

*Counsel for Plaintiffs*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Michael L. Drezner
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*