IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No. 3:17-cv-1061-RMS |

## [PROPOSED] ORDER

Upon consideration of the Motion to Stay and Extend Production Schedule, it is hereby:

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Defendant CBP will make its next production of fully processed, non-exempt documents on or before April 10, 2020, and CBP's obligation to process 1,500 pages each production period will also be extended to that date.  Further CBP productions will continue to occur every six weeks, with the next such production occurring on or before May 22, 2020, and it is further

**ORDERED** that the production schedule with respect to Defendant U.S. Department of State is **STAYED** until further order of the Court.  State will file a joint status report by May 1, 2020, and continuing every thirty (30) days thereafter, advising the Court whether the REAs have been cleared to resume work and, if so, proposing a revised schedule for productions to resume in this case.

**SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE