IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

### [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion to Modify Production Order, it is hereby:

**ORDERED** that the consent motion is **GRANTED**, and it is further

**ORDERED** that CBP will continue to process the remaining potentially pages in this matter, and produce those potentially responsive pages that have been fully processed, including completing any appropriate third party review, every six weeks. CBP is not required to process any set amount of pages per six weeks in this modified schedule, and it is further

**ORDERED** that this schedule applies to the production date of May 22, 2020, going forward, and it is further

**ORDERED** that CBP will keep Plaintiffs informed concerning where potentially responsive pages have been referred, and of any estimated timetables for responses, and it is further

**ORDERED** that the parties will meet and confer on or before June 5, 2020 to discuss potential next steps with regard to CBP in this matter, and the parties will file a joint status report on or before June 19, 2020, setting forth any proposed next steps with regard to CBP in this matter.

**SO ORDERED**.

_____

UNITED STATES MAGISTRATE JUDGE