## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE, <br><br> *Defendants.* | Civil Action No. 3:17-cv-1061-RMS |

## **JOINT STATUS REPORT**

**I.     Background**

On May 22, 2020, the Court ordered the parties to meet and confer on or before June 5, 2020 to discuss next steps with regard to Defendant CBP's productions in this matter and to submit a joint status report on or before June 19, 2020 setting forth proposed next steps. ECF No. 102.

The parties met and conferred on June 5, 2020 to discuss remaining disputes regarding CBP's productions. Defendants informed Plaintiffs that approximately 600-700 responsive pages are still in CBP's possession as the agency determines whether to refer them to outside agencies or to produce them to Plaintiffs. Defendants recently informed Plaintiffs that after review, the vast majority of these pages will not in fact require referral or consultation, and that the agency is now finalizing its determination only as to whether one document, less than 100 pages in length, requires referral or consultation.

The primary disputes between Plaintiffs and CBP at this point concern those referred documents and when CBP should produce a draft *Vaughn* index regarding the withheld and redacted documents.

**II.     Current Status**

Plaintiffs' Position

Plaintiffs are concerned about the length of time Defendant CBP has taken simply to decide whether, as a purely discretionary matter, it will refer the remaining responsive documents in its possession to other agencies for them to decide whether to produce the records to Plaintiffs. CBP has a responsibility to ensure that even referred documents are produced to Plaintiffs in a reasonable timeframe. Plaintiffs respectfully request that CBP be ordered to ensure that all remaining responsive records are processed and produced on or before August 14, 2020. This date represents two full six-week production cycles from the date of CBP's most recent production to Plaintiffs. Plaintiffs also request that the parties be ordered to meet and confer within 14 days of the completed production of referred documents to resolve the scope and timeline for a Vaughn index of referred documents that have not been produced as of June 18, 2020.

Regarding the other disputed issue, Plaintiffs request that CBP be ordered to produce a *Vaughn* index on or before September 8, 2020.  Per the parties' discussions, that index will include all documents CBP fully withheld and ten percent of the remaining pages, to be selected by Plaintiffs.  Plaintiffs will inform CBP of the pages they have selected for inclusion in the *Vaughn* index at least 60 days before the Court-ordered deadline for CBP to produce the index to Plaintiffs.

Defendants' Position

Concerning the documents requiring third-party referral or consultation from CBP, the agency states that it will continue to keep Plaintiffs informed "concerning where potentially responsive pages have been referred, and of any estimated timetables for responses," as set forth in CBP's prior motion to which Plaintiffs' consented, ECF No. 101, and this Court's Order, ECF No. 102.

As to the production of a draft Vaughn Index, CBP states that it will propose a date to submit a draft Vaughn index to Plaintiffs. This index will be provided in draft form, for potential settlement purposes of narrowing any disputes between the parties regarding withholdings, and accordingly the draft Vaughn index will be subject to change. CBP will provide its proposed date within 14 days of Plaintiffs providing CBP with the specific partially redacted pages they wish included in the draft Vaughn index.


Respectfully submitted this 18th day of June, 2020,


/s/ Muneer I. Ahmad
Muneer I. Ahmad, Supervising Attorney, ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426

Adam Bates, Pro hac vice
Linda Evarts, Pro hac vice
Stephen Poellot, Pro hac vice
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004

abates@refugeerights.org
Telephone: (516) 701-4209
Fax: (929) 999-8119

Justin Cox, Pro hac vice
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
jcox@refugeerights.org
Telephone: (678) 279-5441
Fax: (929) 999-8119

Nicholas Espiritu, Pro hac vice
espiritu@nilc.org
Joshua Stehlik, Pro hac vice
Stehlik@nilc.org
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

*Counsel for Plaintiffs*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*