IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

## STIPULATION

The parties in the above-captioned case have conferred regarding the Department of State's processing of documents following the Court's July 20, 2020 Order and hereby stipulate to the following:

1. Prior to the COVID-19 pandemic and the Court's April 3, 2020 Order temporarily staying the Department of State's production schedule, ECF No. 95, the Department had been processing documents at the Court-ordered rate of 800 pages every 6 weeks.

2. The Department has been able to resume some processing of this case and, per agreement with the parties and in consultation with the Court, will make a good-faith effort to move toward the Court's previously ordered processing rate over the course of the Department's phased reopening. Accordingly, the Department will endeavor in good faith to process the following number of pages every 6 weeks, staggered by reopening phase: 500 pages per production cycle in Phase One, 650 pages per production cycle in Phase Two, and 800 pages per

production cycle in Phase Three. Within a reasonable time after the Federal Government returns to normal operations, the Department will resume processing potentially responsive documents at the previously agreed-upon rate of 800 pages per production cycle.

      3. At the conclusion of each six-week production cycle, the Department will produce those non-exempt documents that have been fully processed.

      4. The Department will make its next production on or before August 7, 2020.


Dated: July 27, 2020


/s/ Muneer I. Ahmad
Muneer I. Ahmad, Supervising Attorney, ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426

Adam Bates, Pro hac vice
Linda Evarts, Pro hac vice
Stephen Poellot, Pro hac vice
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
abates@refugeerights.org
Telephone: (516) 701-4209
Fax: (929) 999-8119

Justin Cox, Pro hac vice
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
jcox@refugeerights.org
Telephone: (678) 279-5441
Fax: (929) 999-8119

Nicholas Espiritu, Pro hac vice
espiritu@nilc.org
Joshua Stehlik, Pro hac vice
Stehlik@nilc.org
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

*Counsel for Plaintiffs*


ETHAN P. DAVIS
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*