IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No. 3:17-cv-1061-RMS<br><br>**STIPULATION AND ORDER** |

**STIPULATION AND ORDER**

The parties hereby stipulate and agree that:

1. CBP shall produce to Plaintiffs a draft Vaughn index comprised of the pages CBP fully withheld and ten percent of the pages CBP partially redacted in its productions to Plaintiffs in this FOIA action. *See* Dkt. No. 119 (Joint Status Report of September 14, 2020).

2. CBP shall produce the draft Vaughn index within 120 calendar days of the date on which Plaintiffs provide Defendants with their list of partially redacted pages to be included in the draft Vaughn index.

**IT IS SO ORDERED.**

Date: 9/30/2020      /s/Robert M. Spector, USMJ_____
                    HONORABLE ROBERT M. SPECTOR
                    UNITED STATES MAGISTRATE JUDGE