IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE, <br><br> *Defendants.* | Civil Action No. 3:17-cv-1061-RMS <br><br> **[PROPOSED] ORDER** |

## **[PROPOSED] ORDER**

WHEREAS, the Court previously ordered Defendant Customs and Border Patrol ("CBP") to produce a draft Vaughn index to Plaintiffs comprised of all fully-redacted pages produced in this action as well as 10 percent of all partially-redacted pages to be chosen by Plaintiffs. *See* ECF No. 124;

WHEREAS, a dispute arose between the parties regarding the number of partially-redacted pages to be included in the draft Vaughn index;

WHEREAS, the Court held a status conference in this action on October 23, 2020 to discuss the status of the draft Vaughn index. *See* ECF No. 125;

WHEREAS, the Court directed Plaintiffs to file a proposed order reflecting their proposed resolution of the dispute, *see* ECF No. 127, and Defendants do not consent to Plaintiffs' proposed resolution;

WHEREAS, the Court ordered Defendants to produce the draft Vaughn index by February 19, 2021. *See id.*;

IT IS HEREBY:

**ORDERED** that the draft Vaughn index CBP produces to Plaintiffs by February 19, 2021 shall include 316 partially-redacted pages to be chosen by Plaintiffs.


Date: _____       _____
                                    HONORABLE ROBERT M. SPECTOR
                                    UNITED STATES MAGISTRATE JUDGE


Respectfully submitted this 23rd day of October, 2020,

/s/ Muneer I. Ahmad
Muneer I. Ahmad, Supervising Attorney, ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426

Adam Bates, Pro hac vice
Linda Evarts, Pro hac vice
Stephen Poellot, Pro hac vice
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
abates@refugeerights.org
Telephone: (516) 701-4209
Fax: (929) 999-8119

Justin Cox, Pro hac vice
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
jcox@refugeerights.org
Telephone: (678) 279-5441

Fax: (929) 999-8119

Nicholas Espiritu, Pro hac vice
espiritu@nilc.org
Joshua Stehlik, Pro hac vice
Stehlik@nilc.org
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

*Counsel for Plaintiffs*