IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS<br><br><br><br>**ORDER** |

**ORDER**

WHEREAS, the Court previously ordered Defendant Customs and Border Patrol ("CBP") to produce a draft Vaughn index to Plaintiffs comprised of all fully-redacted pages produced in this action as well as 10 percent of all partially-redacted pages to be chosen by Plaintiffs. *See* ECF No. 124;

WHEREAS, a dispute arose between the parties regarding the number of partially-redacted pages to be included in the draft Vaughn index;

WHEREAS, the Court held a status conference in this action on October 23, 2020 to discuss the status of the draft Vaughn index. *See* ECF No. 125;

WHEREAS, the Court directed Plaintiffs to file a proposed order reflecting their proposed resolution of the dispute, *see* ECF No. 127, and Defendants do not consent to Plaintiffs' proposed resolution;

WHEREAS, the Court ordered Defendants to produce the draft Vaughn index by February 19, 2021. *See id.*;

IT IS HEREBY:

**ORDERED** that the draft Vaughn index CBP produces to Plaintiffs by February 19, 2021 shall include 316 partially-redacted pages to be chosen by Plaintiffs.

Date: <u>10/27/2020</u>             <u>/s/ Robert M. Spector, USMJ</u>
                      HONORABLE ROBERT M. SPECTOR
                      UNITED STATES MAGISTRATE JUDGE