IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No. 3:17-cv-1061-RMS |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of December 21, 2020, the parties provide the instant joint status report and state as follows.

1. During the status hearing of December 21, 2020, the Court requested that the parties provide an update as to Defendant Department of State's ("Department") efforts to process the remaining pages subject to Plaintiffs' narrowed FOIA request.

2. Defendants report that since that time the Department has engaged in an initial responsiveness review of the outstanding documents to remove facially non-responsive documents and to determine the number of pages that are likely responsive to Plaintiffs' narrowed FOIA request.

3. Defendants state that due to the current unavailability of certain agency personnel, the Department requires additional time to complete this initial responsiveness review for all outstanding documents. The Department anticipates that, by January 29, 2021, it will provide to

Plaintiffs the total number of pages remaining that will require processing, along with an estimated timeline to complete such processing.

4. The parties accordingly propose that they file a further Joint Status Report with this Court on or before February 5, 2021, updating the Court as to these matters and proposing appropriate next steps.

Respectfully submitted this 12th day of January, 2021,

/s/ Muneer I. Ahmad
Muneer I. Ahmad, Supervising Attorney, ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426

Adam Bates, Pro hac vice
Linda Evarts, Pro hac vice
Stephen Poellot, Pro hac vice
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
abates@refugeerights.org
Telephone: (516) 701-4209
Fax: (929) 999-8119

Justin Cox, Pro hac vice
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
jcox@refugeerights.org
Telephone: (678) 279-5441
Fax: (929) 999-8119

Nicholas Espiritu, Pro hac vice

espiritu@nilc.org
Joshua Stehlik, Pro hac vice
Stehlik@nilc.org
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

*Counsel for Plaintiffs*


JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*