# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of January 13, 2021, the parties provide the instant joint status report and state as follows.

1. During the status hearing of December 21, 2020, the Court requested that the parties provide an update related to Defendant Department of State's ("Department") efforts to process the remaining pages subject to Plaintiffs' narrowed FOIA request.

2. Defendants report that since that time the Department has completed in an initial responsiveness review of the outstanding documents to remove facially non-responsive documents and to determine the number of pages that are likely responsive to Plaintiffs' narrowed FOIA request. As a component of this review, the Department also de-duplicated the documents remaining against each other, although there still may be certain documents remaining that are duplicates of those which have already been produced.

3. Defendants informed Plaintiffs that there are approximately 3,637 pages remaining to be processed by the Department of State, including some 2,386 pages from the Office of the Legal Adviser and 1,251 pages from other offices within the Department.

4. Defendants further informed Plaintiffs that, under the current processing goal of 500 pages per month, under Phase One of the Department's reopening plan, it will take approximately 5 months to process the records of the Office of the Legal Adviser and 2-3 months to process the balance of the records. If the Department enters Phase Two of reopening, with a target processing rate of 650 pages per month, it will take approximately 4 months to process the records of the Office of the Legal Adviser and 2 months to process the balance of the records.

5. Plaintiffs informed Defendants that they wish for the Department to continue processing all outstanding documents.

6. Plaintiffs expressed to Defendants that, given the length of this litigation and their understanding at the time Plaintiffs agreed to narrow their request that the Department would finish processing parent documents in a matter of months, ECF No. 89 (November 18, 2019), they are concerned about the rate of processing of the recently discovered Department parent documents and have requested that Defendants devote additional resources to processing the request.

7. Defendants report that despite its limited onsite capacity, the Department has already assigned a second onsite reviewer to this case to work toward processing these records as expeditiously as possible. The Department will evaluate whether any additional processing resources may be utilized in this matter. However, the Department reiterates that its processing capacity is significantly limited by the ongoing COVID-19 pandemic, and the Department's status at Phase One of reopening.

8.    Defendants state that the Department will accordingly continue to produce those non-exempt documents that have been fully processed every six weeks, and will endeavor in good faith to meet the previously discussed processing targets, tied to the Department's phased reopening: 500 pages per production cycle in Phase One, 650 pages per production cycle in Phase Two, and 800 pages per production cycle in Phase Three.

Respectfully submitted this 5th day of February, 2021,

/s/ Muneer I. Ahmad
Muneer I. Ahmad, Supervising Attorney, ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426

Adam Bates, Pro hac vice
Linda Evarts, Pro hac vice
Stephen Poellot, Pro hac vice
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
abates@refugeerights.org
Telephone: (516) 701-4209
Fax: (929) 999-8119

Justin Cox, Pro hac vice
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
jcox@refugeerights.org
Telephone: (678) 279-5441
Fax: (929) 999-8119

Nicholas Espiritu, Pro hac vice
espiritu@nilc.org
Joshua Stehlik, Pro hac vice
Stehlik@nilc.org
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

*Counsel for Plaintiffs*


BRIAN BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*