IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of April 19, 2021, ECF No. 150, the parties submit the following joint status report and state as follows.

1. During the status conference of April 19, 2021, the Court ordered the parties to confer regarding the processing rate for Defendant Department of State ("DOS") and, in the event that a dispute remained, file a joint status report by May 17, 2021.

2. The parties met and conferred on May 17, 2021 and a dispute remains as to whether, in light of the availability of COVID-19 vaccines for some individuals who review and process FOIA productions for the Department, and updated post-vaccine guidance from the Centers for Disease Control and Prevention (CDC), it is appropriate for the Department to resume processing documents in this action at the rate of 800 pages every six weeks pursuant to the Court's pre-pandemic order. *See* ECF No. 89.

3. Defendants state as follows:

    a. The Department of State disagrees with Plaintiffs' request to resume the processing rate of 800 pages per cycle, which had been put in place prior to the COVID-19 pandemic. Currently, the Department remains at Phase One of its reopening plan, which requires offices to maximize telework. Only approximately 25% of the FOIA litigation personnel at the Department of State have returned to their workstations, and many of these personnel are doing so on a part-time basis. The continuing limits on personnel and resources at the Department significantly constrain its ability to process FOIA requests at the rate it achieved prior to the pandemic. Despite Plaintiffs' reference to the availability of vaccines and recent CDC guidance, the Department of State has not yet issued guidance for a return to increased in-person capacity at its offices. Once the Department of State moves out of Phase One of the reopening plan, it will re-examine the current processing rate.

    b. The Department currently estimates that approximately 1,700 pages of emails remain to be processed. Accordingly, it is likely that three additional production cycles will be needed, under either the current target of 650 pages, or Plaintiffs' requested 800 page processing rate. While Plaintiffs may then request the Department to process certain email attachments, Plaintiffs will determine the number and volume of such attachments requiring processing. In light of the above facts, the Department requests that it continue to process Plaintiffs' request at the current rate, seeking in good faith to process 650 pages per production cycle.

4. Plaintiffs state as follows:

    a. Nearly four years ago, Plaintiffs filed this action against three Defendant agencies seeking records in connection with President Trump's Muslim ban. *See* ECF No. 1.

b.  Only Defendant DOS has documents that remain to be processed.  *See* ECF No. 109. Specifically, DOS must complete processing of 3,637 pages of parent documents that it identified on or after November 2020, *see* ECF No. 138, and it must process as many pages of parent document attachments as Plaintiffs request, per the parties' November 2019 agreement and this Court's order, *see* ECF Nos. 88, 89.

c.  Plaintiffs have repeatedly expressed their strong concerns to Defendants and this Court that the Department appears unwilling to adjust the processing plan it developed in the early days of the Covid-19 pandemic and that the Department remains in Phase One of its three-phase plan, notwithstanding the widespread availability of Covid-19 vaccines[1] and recent guidance from the CDC and D.C. government relating to the ability of vaccinated Americans to resume pre-pandemic activities.[2]  *See, e.g.*, ECF No. 142 ¶ 4.

d.  Indeed, Plaintiffs note that the Department purports to "us[e] guidance from the White House, CDC, and local governments," all of which have adjusted their guidance to loosen masking and social distancing restrictions for vaccinated Americans.[3]

e.  In light of the foregoing, Plaintiffs renew their request that the Department resume processing at the court-ordered pre-pandemic rate of 800 pages per six weeks.

Respectfully submitted this 17th day of May, 2021,

---

[1] "America reaches milestone with COVID-19 vaccine widely available to those who want it, but hesitancy still casts a shadow," Karen Weintrab and Elizabeth Weise, USA TODAY. https://www.usatoday.com/in-depth/news/health/2021/04/19/covid-vaccine-tracker-available-widely-hesitancy/7187382002/

[2] "When You've Been Fully Vaccinated," U.S. Centers for Disease Control and Prevention, May 16, 2021. https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated.html. *See also* "Phase Two Mayor's Orders," Mayor Muriel Bowser, District of Columbia. https://coronavirus.dc.gov/phasetwo.

[3] "State Dept. moves to phase two reopening in DC area amid workforce concerns," Jory Heckman, Federal News Network, July 31, 2020. https://federalnewsnetwork.com/workforce/2020/07/state-dept-moves-to-phase-2-reopening-in-dc-area-amid-workforce-concerns/

/s/ Muneer I. Ahmad
Muneer I. Ahmad, Supervising Attorney, ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426

Adam Bates, Pro hac vice
Linda Evarts, Pro hac vice
Stephen Poellot, Pro hac vice
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
abates@refugeerights.org
Telephone: (516) 701-4209
Fax: (929) 999-8119

Justin Cox, Pro hac vice
International Refugee Assistance Project
PO Box 170208
Atlanta, GA 30317
jcox@refugeerights.org
Telephone: (678) 279-5441
Fax: (929) 999-8119

Nicholas Espiritu, Pro hac vice
espiritu@nilc.org
Joshua Stehlik, Pro hac vice
Stehlik@nilc.org
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

*Counsel for Plaintiffs*

BRIAN BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*