IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of December 15, 2021, the parties provide the following Joint Status Report and state the following.

The parties jointly propose the following schedule for next steps in this matter with respect to Defendants U.S. Customs and Border Protection ("CBP") and U.S. Citizenship and Immigration Services ("USCIS"). In accord with the parties' previous Joint Status Report, on or before January 28, 2022 CBP and USCIS will complete their re-review of the documents listed by Plaintiffs. Any such reprocessing will be done in an effort to reach settlement, and so the removal of any redactions will not be used to undermine or otherwise call into question the propriety of other redactions and withholdings, if further litigation is necessary.

With respect to Defendant U.S. Department of State ("State"):

Defendants state as follows: State will begin work on a draft Vaughn index. State will complete the Vaughn index as to all documents withheld in full on or before March 25, 2022. On or before January 14, 2022, State will provide Plaintiffs with its estimate as to the further

time required to complete the Vaughn index as to all pages withheld in full, and as to the documents withheld in part, listed by Plaintiffs.

Plaintiffs states as follows: Plaintiffs express their concern that State's proposed three-month timeline for production of the Vaughn is limited to a subset of the relevant documents to be included. Plaintiffs will, however, wait for State to propose a schedule that reflects all documents to be included in the Vaughn before commenting further on the propriety of the proposal.

The parties will file a further Joint Status Report on January 31, 2022, updating the Court as to the status of the case, including as to the proposed schedule for the final completion of State's draft Vaughn index.

Respectfully submitted this 21st day of December, 2021,

/s/ Muneer I. Ahmad
Muneer I. Ahmad, Supervising Attorney, ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426

Adam Bates, Pro hac vice
Linda Evarts, Pro hac vice
Stephen Poellot, Pro hac vice
International Refugee Assistance Project

One Battery Park Plaza, 4th Floor
New York, NY 10004
abates@refugeerights.org
Telephone: (516) 701-4209
Fax: (929) 999-8119

Nicholas Espiritu, Pro hac vice
espiritu@nilc.org
Joshua Stehlik, Pro hac vice
Stehlik@nilc.org
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

*Counsel for Plaintiffs*


BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*