IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS<br><br>**[PROPOSED] ORDER** |

## **[PROPOSED] ORDER**

Pursuant to this Court's Minute Order of January 14, 2022, the parties provide the following proposed scheduling order.

1. On or before January 28, 2022, Defendants U.S. Customs and Border Protection ("CBP") and U.S. Citizenship and Immigration Services ("USCIS") will complete their re-review of the documents identified by Plaintiffs. See ECF No. 183.

2. On or before March 25, 2022, Defendant U.S. Department of State ("State") will provide to Plaintiffs a draft Vaughn index comprised of all fully-withheld documents.

3. On or before April 28, 2022, State will provide to Plaintiffs a draft Vaughn index comprised of all documents containing at least one fully-withheld page, as well as all partially-redacted documents identified by Plaintiffs.

4. On or before May 12, 2022, Plaintiffs will provide to State a list of documents for State to re-review in an effort to reach settlement.

5. On or before May 26, 2022, State will propose a timeline for the completion of its re-review of documents.

**IT IS SO ORDERED.**

Date: _____     _____
                                   HONORABLE ROBERT M. SPECTOR
                                   UNITED STATES MAGISTRATE JUDGE

Respectfully submitted this 20th day of January, 2022,

/s/ Muneer I. Ahmad
Muneer I. Ahmad, Supervising Attorney, ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426

Adam Bates, Pro hac vice
Linda Evarts, Pro hac vice
Stephen Poellot, Pro hac vice
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
abates@refugeerights.org
Telephone: (516) 701-4209
Fax: (929) 999-8119

Nicholas Espiritu, Pro hac vice
espiritu@nilc.org
Joshua Stehlik, Pro hac vice

Stehlik@nilc.org
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

*Counsel for Plaintiffs*


JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*