IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

## JOINT STATUS REPORT

Pursuant to the Status Conference held on September 7, 2022, the parties provide the following Joint Status Report and state the following:

1) On September 20, 2022, Plaintiffs sent Defendants their formal proposal for resolving the merits of this case: they requested that Defendants remove withholdings from two documents produced by U.S. Citizenship and Immigration Services ("USCIS"), and that Department of State ("DOS") produce certain final reports described in Executive Order 13780 that have been the subject of extended discussions by the parties. Plaintiffs informed Defendants that they believe the DOS reports are within the scope of their FOIA Request and they explained their position to Defendants.

2) On September 28 and 29, the parties met and conferred about Plaintiffs' proposal and Defendants' response.

3) With respect to USCIS, Defendants proposed that USCIS will conduct its re-review of the two documents identified by Plaintiffs, and will provide the agency's determination as to any potential release on October 21, 2022.

4) Plaintiffs believe Defendants' proposed timeframe is reasonable.

5) With respect to DOS, Defendants informed Plaintiffs as follows:

   a. DOS has confirmed that the final reports Plaintiffs recently inquired about were not located in their search. Rather, certain draft reports were located and withheld pursuant to applicable FOIA exemptions.

   b. In the process of responding to Plaintiffs' recent inquiry, DOS located one final version of a report. While Defendants believe this report is arguably outside the scope of the agreed-upon search because it was not found in the files of the agreed custodians, DOS will process this final report as a matter of discretion and provide Plaintiffs with the agency's determination as to any release and/or withholding.

   c. DOS will endeavor to process this document and provide its determination by November 30, 2022. Defendants believe this processing time is required because the report implicates the interests of multiple government agencies. In addition, the report is classified. This means that processing the document will require a number of external clearances, as well as internal clearances, and must be done on the classified systems of each agency.[1]

---

[1] Undersigned counsel for Defendants will be traveling and unavailable from October 4 through October 20. However, the agency reviews will proceed during that time.

6) Plaintiffs urge DOS to provide its determination no later than November 30, 2022, and ideally earlier, given the duration of this litigation to date.

7) The parties propose to file a further joint status report by December 9, indicating whether briefing is appropriate, and if so, the parties will propose a briefing schedule in that report.

Respectfully submitted this 30th day of September, 2022,

/s/ Muneer I. Ahmad
Muneer I. Ahmad, Supervising Attorney, ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426

Adam Bates, Pro hac vice
Linda Evarts, Pro hac vice
Stephen Poellot, Pro hac vice
International Refugee Assistance Project
One Battery Park Plaza, 4th Floor
New York, NY 10004
abates@refugeerights.org
Telephone: (516) 701-4209
Fax: (929) 999-8119

Nicholas Espiritu, Pro hac vice
espiritu@nilc.org
Joshua Stehlik, Pro hac vice
Stehlik@nilc.org
National Immigration Law Center
3450 Wilshire Blvd. #108-62

Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

*Counsel for Plaintiffs*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*