IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

## STATUS REPORT

Pursuant to the Status Conference held on October 3, 2022, Defendants provide the instant Status Report and state the following.

Defendant U.S. Citizenship and Immigration Services ("USCIS") completed its re-review of the two documents identified by Plaintiffs on October 21, 2022, the date agreed upon by the parties. ECF No. 203. USCIS informed Plaintiffs of the results of that re-review, and the parties subsequently conferred.

The Department of State ("DOS") has completed its review of the report identified by Plaintiffs. However, due to the sensitive nature of the report and the fact that it implicates the interests of multiple government agencies, it referred the report to other agencies for review, which remains ongoing. Defendants understand the Court's desire to resolve this case expeditiously, and undersigned counsel has been in frequent contact with the relevant agencies to ensure that the review process moves quickly. Accordingly, Defendants will endeavor to ensure that all third-party processing of this report is completed no later than December 7; this should

provide the parties with sufficient time to confer and file the Joint Status Report on December 9, ordered by the Court.

Respectfully submitted this 30th day of November, 2022,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*