## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

PLEASE TAKE NOTICE that Plaintiffs Council on American-Islamic Relations – Connecticut and Make The Road New York respectfully move under Federal Rule of Civil Procedure 56(a) and Local Rule 56(a) for an Order granting summary judgment to Plaintiffs on all counts of their Complaint (ECF No. 1), denying summary judgment to Defendants, and granting such further relief as the Court may deem just and proper.

In support thereof, Plaintiffs submit: a Memorandum of Law, in which Plaintiffs also oppose Defendants' motion for summary judgment (ECF No. 216); the Declaration of Adam Bates, dated February 13, 2023, and exhibits thereto; the Declaration of Christopher Opila, dated February 13, 2023, and exhibits thereto; Plaintiffs' Local Rule 56(a)(1) Statement of Undisputed Facts; and Plaintiffs' Local Rule 56(a)(2) Statement of Facts in Opposition to Summary Judgment.  Plaintiffs also submit a Proposed Order.

Dated: February 13, 2023

Respectfully submitted,

| | |
|---|---|
| /s/  Linda B. Evarts | /s/  Muneer I. Ahmad |

Linda B Evarts, *pro hac vice*\*
Adam Bates, *pro hac vice*
Steven Poellet, *pro hac vice*
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Tel: (516) 838-1655
Fax: (516) 324-2267
levarts@refugeerights.org
abates@refugeerights.org
spoellet@refugeerights.org

\**D. Conn. petition for admission approved, pending oath ceremony*

Muneer I. Ahmad, Supervising Attorney, ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426

Nicholas Espiritu, *pro hac vice*
Joshua Stehlik, *pro hac vice*
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911
espiritu@nilc.org
stehlik@nilc.org

*Counsel for Plaintiffs*