IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

**[PROPOSED] ORDER
GRANTING PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the parties' cross-motions for summary judgment, the memoranda of the parties, and the whole record herein, it is hereby **ORDERED** as follows:

1) Plaintiffs' motion for summary judgment is GRANTED;

2) Defendants' motion for summary judgment (ECF No. 216) is DENIED; and

3) Defendants are ordered to disclose to Plaintiffs: (i) the 60-day report mandated by Executive Order 13,780 § 5(b); (ii) "ALDAC: Heightened Screening of Visa Applications – Further Guidance; MRN: 17 STATE 52856"; (iii) "Operational Q&As on 17 STATE 25814 and 17 STATE 52856"; and (iv) "Supporting Statement for Paperwork Reduction Act Submission," related to 82 Fed. Reg. 20,956.

Date: _____          _____
                                        Hon. Robert M. Spector
                                        United States Magistrate Judge