IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

## ORDER

Upon consideration of Defendants' Consent Motion for Continuance, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the hearing on the parties' cross-motions for summary judgment will be continued to 10:00am on April 5, 2023.

**SO ORDERED**.

_____/s/_____

ROBERT M. SPECTOR, USMJ