Civil- (Dec-2008)

**HONORABLE:** Robert M. Spector

**DEPUTY CLERK** Nick Langello      **RPTR/ECRO/TAPE** CourtSmart

**TOTAL TIME:** 1 hours 12 minutes

**DATE:** 4/5/2023      **START TIME:** 10:08 AM      **END TIME:** 11:20 AM

**LUNCH RECESS** FROM: _____ TO: _____

**RECESS** (if more than ½ hr) FROM: _____ TO: _____

**CIVIL NO.** 3:17-cv-01061-RMS

Council on American-Islamic Relations

vs

US Citizenship and Immigration Service

Adam Bates, Linda Evarts
Plaintiff's Counsel

Michael Drezner
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing      ☐ Show Cause Hearing
☐ Evidentiary Hearing      ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ….. #217 Motion Cross MOTION for Summary Judgment by Council on ☐ granted ☐ denied ☐ advisement
☑ ….. #216 Motion MOTION for Summary Judgment by U.S. Customs ☐ granted ☐ denied ☐ advisement
☐ ….. # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____

Notes: