# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>*Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

## NOTICE CONCERNING ORDER ON MOTION FOR SUMMARY JUDGMENT

Defendants U.S. Customs and Border Patrol, the U.S. Department of State, and U.S. Citizenship and Immigration Services respectfully provide the instant notice concerning this Court's recent ruling on Defendants' Motion for Summary Judgment.

1. On April 17, 2023, the Court issued a Ruling on the Defendants' Motion for Summary Judgment and the Plaintiffs' Cross-Motion for Summary Judgment, granting Defendants' Motion in part, and denying in part, and denying Plaintiffs' Cross-Motion. ECF No. 229.

2. The Court upheld Defendants' redactions under FOIA Exemptions 1 and 3, but in so holding appeared to find that the withholdings made by CIA and NSA were "identical" to those asserted by ODNI. *See id*. at 29, 31-32. Defendants respectfully submit that this finding was not correct, as CIA, NSA and ODNI all asserted distinct withholdings in the EO Report.

3.    It appears that this misunderstanding may have resulted from the copy of the EO Report provided *in camera*, and the designations therein.  Defendants regret this misunderstanding and wish to voluntarily provide further information that may be helpful to the Court.

4.    Specifically, Defendants propose to submit a revised copy of the EO Report by May 5, for *in camera* review, with certain additional attribution for Exemption 1 and 3 redactions, to prevent any further confusion.

5.    In addition, on that same date Defendants will file separate, supplemental declarations from CIA and NSA, defending each agency's asserted redactions.

Respectfully submitted this 24th day of April, 2023,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*