Civil- (Dec-2008)

HONORABLE: Robert M. Spector

DEPUTY CLERK Nick Langello   RPTR/ECRO/TAPE CourtSmart

TOTAL TIME: ____ hours 26 minutes

DATE: 4/26/2023   START TIME: 10:05 AM   END TIME: 10:31 AM

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:17-cv-01061-RMS

Council on American-Islamic Relations

vs

US Citizenship and Immigration Service

Adam Bates, Linda Evarts
Plaintiff's Counsel

Michael Drezner
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing Sched. Co

☐ …..#____ Motion ____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion ____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion ____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion ____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion ____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion ____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion ____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ____ ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ………… ____ ☐ filed ☐ docketed
☐ ………… ____ ☐ filed ☐ docketed
☐ ………… ____ ☐ filed ☐ docketed
☐ ………… ____ ☐ filed ☐ docketed
☐ ………… ____ ☐ filed ☐ docketed
☐ ………… ____ ☐ filed ☐ docketed
☐ ………… ____ Hearing continued until ____ at ____

Notes: Hearing scheduled for 6/8 at 9:30 AM