IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – CONNECTICUT and MAKE THE ROAD NEW YORK,<br><br>   *Plaintiffs,*<br><br>   v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, and U.S. DEPARTMENT OF STATE,<br><br>   *Defendants.* | Civil Action No.<br>3:17-cv-1061-RMS |

## JOINT STATUS REPORT

Pursuant to this Court's Order of August 15, 2023, Dkt. No. 249, the parties provide the following Joint Status Report and state as follows:

The parties have reached a final settlement in this matter. Accordingly, the parties do not oppose the Court administratively closing this matter as settled, pursuant to Local Rule 41(b). The parties request that the Court permit a motion to reopen the case within 90 days, as this is the estimated time required to effectuate payment of attorney fees. However, the parties anticipate that they will likely file a joint stipulation of dismissal before that date.

Respectfully submitted this 6th day of September, 2023,

*/s/ Linda B. Evarts*
Linda B. Evarts, ct31423
Adam Bates, Pro hac vice
Stephen Poellot, Pro hac vice
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
levarts@refugeerights.org
abates@refugeerights.org
spoellot@refugeerights.org
Telephone: (516) 701-4209
Fax: (516) 324-2267

Muneer I. Ahmad, Supervising Attorney, ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
muneer.ahmad@ylsclinics.org
Telephone: (203) 432-4800
Fax: (203) 432-1426


Nicholas Espiritu, Pro hac vice
Joshua Stehlik, Pro hac vice
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
espiritu@nilc.org
stehlik@nilc.org
Telephone: (213) 639-3900
Fax: (213) 639-3911

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470

*Counsel for Defendants*